# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - DJP | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – September 5, 2018 |
| U.S. Probation Officer – James Johnson | |

4:18-CR-40100-01, -3, -4, -5

| | |
|---|---|
| UNITED STATES OF AMERICA | Jeremy Jehangiri |
| Plaintiff, | |
| vs. | |
| Wallace Tang | Tim Billion, Thomas Carlucci |
| Laserlith Corporation | Tim Billion, Michael Li-Ming Wong |
| Black Hills Nanosystems Corporation | Tim Billion, Randall Luskey |
| Blue Sky Engineering, Incorporated | Tim Billion, Thomas Carlucci |
| Defendants. | |

TIME HEARING SCHEDULED TO BEGIN:  1:30 PM

TIME:

1:30 PM    Enter initial appearance, arraignment, waiver of indictment and plea hearing on Information before the Hon. Karen E. Schreier, United States District Judge Sioux Falls, SD.  Counsel state their appearances for the record.  Defendant Tang, individually and as executive corporate principal and officer for Blue Sky Engineering, Inc., Gina Kim, as executive corporate principal and officer of Black Hills Nanosystems Corporation and Sine Chao, as authorized officer of Laserlith Corporation, are also present in Court.

Plea documents for Tang, Blue Sky and Laserlith are amended, appropriate signatures obtained, and given to the Court for filing.

**Initial appearance:**    All parties waive reading of the Information and understand the charges.

**Waiver of Indictment:**   The Court questions Defendant Tang.  The Court questions Ms. Chao on behalf of Laserlith Corporation.  The Court questions Ms. Kim on behalf of Black Hills Nanosystems Corporation.   Defendant Tang, Ms. Chao and Ms. Kim sign the waivers in open court.  The Court accepts the waivers of indictment as to each party present.

**Change of Plea:**  The individual parties advised of their rights.  Each party has received a copy of the Information.    All parties questioned by the Court.

The Court advises Defendant Tang of his constitutional rights.  The Court advises Defendant Tang individually of his maximum possible penalties.  The Court advises each corporate representative of the maximum possible penalties for the corporations.

The Court states the essential elements of the case.

All parties understand the charges and understand the essential elements.  The Court finds each FBS does establish an independent factual basis for a plea for each party.

Defendant Tang, individually, pleads guilty to the charge contained in Count 2 of the Information.  Defendant Tang as executive corporate principal and officer for Blue Sky Engineering, Inc., pleads guilty to the charge contained in Count 1 of the Information.

Ms. Chao, as authorized officer of Laserlith Corporation, pleads guilty to Count 1 of the Information.

Ms. Kim, as executive corporate principal and officer of Black Hills Nanosystems Corporation, pleads guilty to Count 1 of the Information.

The Court accepts each of the guilty pleas and adjudges the parties guilty of the charges as described in the Information.

The Court sets dates for PSR, objections, and sentencing.

Discussion regarding combined sentencings.  All parties agree the sentencings can be held at the same time.  The Court sets the sentencings for December 3 at 9:00 AM.

Discussion regarding Mr. Tang's release pending sentencing.  The US is not seeking detention at this time and states the reasons therefore.  Mr. Carlucci agrees.  Defendant Tang signs the Order Setting Conditions of Release in open court.  The Court reviews the conditions of release and the penalties for violating the same.  Defendant understands and agrees to abide by the same.

The Court orders the Defendant released after processing.

2:15 PM        Court in recess.