1          UNITED STATES DISTRICT COURT

2           DISTRICT OF SOUTH DAKOTA

3             SOUTHERN DIVISION

4  * * * * * * * * * * * * * * * * * * * * * * * * * *
                                    *
5  UNITED STATES OF AMERICA,        *      CR. 18-40100-1
                                    *      CR. 18-40100-3
6                   Plaintiff,      *      CR. 18-40100-4
                                    *      CR. 18-40100-5
7       -vs-                        *
                                    *
8  WALLACE TANG;                    *   Sioux Falls, South Dakota
   LASERLITH CORPORATION;           *
9  BLACK HILLS NANOSYSTEMS          *
   CORPORATION; and                 *
10 BLUE SKY ENGINEERING,            *      September 5, 2018
   INCORPORATED,                    *
11                                  *
                    Defendants.     *
12 * * * * * * * * * * * * * * * * * * * * * * * * * *

13                  PUBLIC TRANSCRIPT OF
14              INITIAL APPEARANCE, ARRAIGNMENT,
       WAIVER OF INDICTMENT, and CHANGE OF PLEA HEARING

15       BEFORE THE HONORABLE KAREN E. SCHREIER
16            UNITED STATES DISTRICT JUDGE

17           * * * * * * * * * * * *

18   (PURSUANT TO STANDING ORDER 16-04, PORTIONS OF ALL

19  CHANGE OF PLEA AND SENTENCING TRANSCRIPTS ARE RESTRICTED)

20           * * * * * * * * * * * *

21

22

23 Court Reporter:     MS. JILL CONNELLY, RMR, CRR
                       400 S. Phillips Ave.
24                     Sioux Falls, SD  57104

25

```
1   APPEARANCES:

2   Counsel for Plaintiff:      MR. JEREMY R. JEHANGIRI
                                U.S. Attorney's Office
3                               P.O. Box 2638
                                Sioux Falls, SD  57101
4
    Counsel for Defendants
5   Wallace Tang Individually
    and Blue Sky Engineering,
6   Incorporated:               MR. THOMAS F. CARLUCCI
                                Attorney at Law
7                               Foley & Lardner, LLP
                                555 California Street, Ste. 1700
8                               San Francisco, CA  94104

9   Counsel for Defendant
    Laserlith Corporation:      MICHAEL LI-MING WONG
10                              Attorney at Law
                                Gibson, Dunn & Crutcher, LLP
11                              555 Mission Street
                                San Francisco, CA  94105
12
    Counsel for Defendant
13  Black Hills Nanosystems
    Corporation:                RANDALL S. LUSKEY
14                              Attorney at Law
                                Orrick, Herrington & Sutcliffe
15                              405 Howard Street
                                San Francisco, CA  94105
16
    Local counsel for all
17  Defendants:                 TIMOTHY W. BILLION
                                Attorney at Law
18                              Robins Kaplan LLP
                                140 N. Phillips Avenue, Ste. 305
19                              Sioux Falls, SD  57104

20  Also Present:               MR. WALLACE TANG, Individually
                                and as Executive Corporate
21                              Principal and Officer of Defendant
                                Blue Sky Engineering, Incorporated
22
                                MS. GINA KIM, Executive Corporate
23                              Principal and Officer of Defendant
                                Black Hills Nanosystems Corporation
24
                                MS. SINE CHAO, Authorized Officer
25                              of Defendant Laserlith Corporation
```

1

**INDEX TO PROCEEDINGS**

2
In open court at 1:28 p.m., 9-5-18....................4

3
Initial appearance with regard to all defendants .....9

4
Change of plea ....................................20

5
In camera portion of hearing (redacted) ............30

6
Pleas accepted ....................................31

7
End of proceedings at 2:16 p.m., 9-5-18 ............38

8

**INDEX TO EXHIBITS**

9

No exhibits were marked herein.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1            **(In open court at 1:28 p.m., 9-5-18:)**

2            **THE COURT:**  This is the time scheduled for an

3    initial appearance, arraignment, waiver of indictment, and

4    plea in the matter entitled *United States of America vs.*

5    *Wallace Tang, Laserlith Corporation, Black Hills Nanosystems*

6    *Corporation, and Blue Sky Engineering, Incorporated.*  Would

7    counsel please note their appearances for the record.

8            **MR. JEHANGIRI:**  Good afternoon, Your Honor.  Jeremy

9    Jehangiri on behalf of the United States.

10           **MR. LI-MING WONG:**  Good afternoon, Your Honor.

11   Michael Li-Ming Wong for Laserlith Corporation.

12           **MR. LUSKEY:**  Good afternoon, Your Honor.  Randy

13   Luskey for Gina Kim and Black Hills Nanosystems Corporation.

14           **MR. CARLUCCI:**  Good afternoon, Your Honor.  Thomas

15   Carlucci, Foley & Lardner, for Blue Sky Engineering and

16   Wallace Tang individually.

17           **MR. BILLION:**  Good afternoon, Your Honor.  Tim

18   Billion from Robbins Kaplan, appearing as local counsel on

19   behalf of all defendants.

20           **THE COURT:**  Thank you.  So before I get to the

21   initial appearance and arraignment, I wanted to go over a

22   couple housekeeping matters.  First of all, with regard to the

23   plea agreement that was filed on behalf of Tang and Blue Sky

24   Engineering, I can barely read the signatures of Mr. Tang

25   personally or on behalf of Blue Sky Engineering, so I was

1    wondering if the original plea agreement --

2             **MR. JEHANGIRI:**  Your Honor, that --

3             **THE COURT:**  -- has better signatures?

4             **MR. JEHANGIRI:**  The plea agreement that counsel has

5    at table is the original.  I've provided what is, if not the

6    original, copies, I think, on behalf of Laserlith.  We don't

7    have the original for that, but it was an electronic signature

8    in any event.  But Mr. Tang and Blue Sky Engineering have

9    originals at the table, and the signatures are much more

10   legible.

11            **THE COURT:**  So, Mr. Carlucci, do you have the

12   original?

13            **MR. JEHANGIRI:**  Yeah.  I put it on the table.

14            **MR. CARLUCCI:**  Ah.  Okay.

15            **MR. JEHANGIRI:**  Yep.

16            **MR. CARLUCCI:**  May I approach, Your Honor?

17            **THE COURT:**  Sure.  Thank you.

18            Okay.  I've reviewed those originals, and they do

19   appear to be an original signature.  Then with regard to the

20   plea agreement with Laserlith Corporation, it looked like it's

21   a computer-generated signature.

22            **MR. LI-MING WONG:**  Correct, Your Honor.

23            **THE COURT:**  And it needs to be an original blue-ink

24   signature.

25            **MR. LI-MING WONG:**  All right.

```
1          THE COURT:  So can you have your client sign it here
2     in court?
3          MR. LI-MING WONG:  Yes.  Is it acceptable if she
4     signs on the signature block of the one we have with the --
5     where the e-signature appears?
6          THE COURT:  Yes, that's fine.
7          MR. LI-MING WONG:  Okay.
8          THE COURT:  I think it would just be two spots,
9     then.  Or three?  Okay.
10         And then also with regard to Laserlith, I think the
11    restitution amount in the plea agreement is incorrect.  I
12    think it overstates the amount that would be paid.  The other
13    plea agreements indicate $1,084,418.60.
14         Mr. Jehangiri, is that the correct amount?
15         MR. JEHANGIRI:  That is the correct amount.  There
16    was a discrepancy that was noted.  Black Hills Nanosystems
17    refunded, if you will, or remitted about $2,500 back to the
18    Department of Energy, and that's what reflects the 1.84 --
19    1.084 amount, which is the correct amount that Your Honor
20    noted.  And so I'm happy to address that here in open court.
21         THE COURT:  Why don't you reflect that on the plea
22    agreement, then, and then if everybody could initial it, or
23    those two parties initial it.
24         So the only one that's in error is the Laserlith
25    plea agreement.
```

1          **MR. LI-MING WONG:**  Your Honor, may I approach?

2          **THE COURT:**  Just one more thing before you approach.

3          **MR. LI-MING WONG:**  Yes, Your Honor.

4          **THE COURT:**  Also, because it's a corporation, the

5  fine amount -- the maximum fine is $500,000 instead of

6  $250,000, and the special assessment is $400 under the

7  statute.  So as long as we're changing that one, if that could

8  be reflected in the plea agreement.

9          **MR. LI-MING WONG:**  Certainly.

10          **MR. JEHANGIRI:**  And I discussed with counsel

11  those -- those amendments prior to court, and I think we're

12  all going to make those -- those adjustments here.

13          **THE COURT:**  Okay.

14          **MR. JEHANGIRI:**  We wanted to do it in open court

15  with you.

16          **MR. LI-MING WONG:**  And, Your Honor, unless the Court

17  has other emendations, if I may approach?

18          **THE COURT:**  That's it, so you can approach now.

19          **MR. LI-MING WONG:**  Thank you, Your Honor.

20          **THE COURT:**  Thank you.  So the same change needs to

21  be made with regard to Black Hills Nanosystems, that the

22  maximum fine is $500,000 and the special assessment is

23  $400,000 [sic].

24          With regard to Mr. Tang and Blue Sky Engineering,

25  paragraph C correctly indicates the maximum fine and special

1  assessment for Mr. Tang individually.  It doesn't have a

2  separate area for the corporate fine and special assessment.

3  But for the corporation, it should be $500,000 fine and a $400

4  special assessment.  And I've got the original one here.

5          I'm not sure if you want to just do it orally in

6  court, since there isn't a special thing that reflects it?

7          **MR. CARLUCCI:**  Your Honor, for the record, counsel

8  for the government has so advised me as well, and I've advised

9  my client, and we have, prior to court, paid the $400 special

10 assessment and the $100 special assessment.

11         **THE COURT:**  Okay.

12         **MR. JEHANGIRI:**  And we also discussed, Your Honor,

13 for the record, the max fine that Blue Sky Engineering would

14 face, as far as maximum penalties are concerned for the

15 corporate defendant, as $500,000.

16         **MR. CARLUCCI:**  That's correct, Your Honor.

17         **THE COURT:**  Okay.  So that oral amendment is agreed

18 to by both parties; is that correct?

19         **MR. JEHANGIRI:**  Yes, Your Honor.

20         **MR. CARLUCCI:**  That's correct, Your Honor.

21         **THE COURT:**  And it will be reflected on the record.

22         **MR. CARLUCCI:**  Correct.

23         **THE COURT:**  So, Mr. Luskey, did your client sign the

24 amendment?

25         **MR. LUSKEY:**  We did, Your Honor.

```
 1            THE COURT:  Or initial the amendment?

 2            MR. LUSKEY:  We did.  May I approach?

 3            THE COURT:  Sure.

 4            MR. LUSKEY:  I believe this is now the final

 5    version.  Thank you.

 6            THE COURT:  Thanks.  And I think that completes all

 7    the little housekeeping things that I had.  So first I'm going

 8    to do an initial appearance with regard to all four of the

 9    defendants.

10            There was an information that was filed, and it has

11    two allegations in it.  The first is conspiracy to commit wire

12    fraud -- that's in Count 1 -- with regard to the three

13    corporate defendants that are here:  Laserlith Corporation,

14    Black Hills Nanosystems Corporation, and Blue Sky Engineering,

15    Incorporated.

16            And Count 2 applies only to Wallace Tang, and that

17    charges a count of wire fraud.

18            Counsel, are the defendants willing to waive the

19    reading of the information, or do you want it read out loud?

20            MR. CARLUCCI:  Your Honor, on behalf of Blue Sky and

21    Wallace Tang, we waive reading.

22            MR. LUSKEY:  So waived, Your Honor.

23            MR. LI-MING WONG:  So waived on behalf of Laserlith.

24    Thank you, Your Honor.

25            THE COURT:  And the individuals who are here on
```

1   behalf of the three corporations and Mr. Tang, do you all

2   understand what the charges are that were brought by the

3   information?

4          **DEFENDANT TANG:**  Yes, I understand, Your Honor.

5          **DEFENDANT KIM:**  Yes, Your Honor.

6          **DEFENDANT CHAO:**  Yes, Your Honor.

7          **THE COURT:**  You should be aware that you have the

8   right to hire your own lawyer, or if you don't have money to

9   hire a lawyer, the court will appoint a lawyer to represent

10  you.  And all three of you have -- or I guess all four of you

11  have retained counsel; is that correct?  Is there anybody that

12  would need court-appointed counsel?

13         **DEFENDANT TANG:**  No, Your Honor.

14         **DEFENDANT KIM:**  No, Your Honor.

15         **THE COURT:**  It appears that you all have the ability

16  to hire your own lawyer.

17         You should be aware that you're not required to make

18  any statements.  If you do make a statement, you can stop at

19  any time.  If you start to make a statement, anything you say

20  can be used against you.  So all statements that you make can

21  be used against you in future proceedings.  Do you understand

22  that?

23         **DEFENDANT TANG:**  Yes, Your Honor.

24         **DEFENDANT KIM:**  Yes, Your Honor.

25         **DEFENDANT CHAO:**  Yes, Your Honor.

1           **THE COURT:**  So now I'm going to move to the waiver

2    of indictment, and I think a waiver of indictment form was

3    provided to each of you.  I'm going to go over a couple

4    questions first.

5           Mr. Tang, what is your full name?

6           **DEFENDANT TANG:**  My name is Wallace T. Tang.

7           **THE COURT:**  And actually, before I do that, I should

8    have the clerk give you an oath.  If you'd please stand and

9    raise your right hand.

10          **THE CLERK:**  Do you affirm under the penalty of

11   perjury that your testimony will be the truth, the whole

12   truth, and nothing but the truth?

13          **DEFENDANT TANG:**  Yes, I do.

14          **THE COURT:**  And you can be seated.  And what is your

15   full name?

16          **DEFENDANT TANG:**  My full name is Wallace T. Tang.

17          **THE COURT:**  And how old are you?

18          **DEFENDANT TANG:**  I'm sorry, Your Honor?

19          **THE COURT:**  How old are you?

20          **DEFENDANT TANG:**  I am 54.

21          **THE COURT:**  And how far did you go in school?

22          **DEFENDANT TANG:**  I have a bachelor's degree.

23          **THE COURT:**  And can you tell me about your

24   employment during the last couple of years?

25          **DEFENDANT TANG:**  I have not worked the last couple

 1   of years because I had a very bad accident.

 2            THE COURT:  And before that, what did you do?

 3            DEFENDANT TANG:  I was working previously for Blue

 4   Sky Engineering.

 5            THE COURT:  And it sounds like you do speak and

 6   understand English.

 7            DEFENDANT TANG:  Yes, I do.

 8            THE COURT:  Are you currently or have you recently

 9   been under the care of a physician or psychiatrist?

10            DEFENDANT TANG:  I -- I have -- I'm under care of a

11   physician, but nothing more than usual; and I had a

12   psychiatrist after an accident when I had -- after I had an

13   accident about three years ago.

14            THE COURT:  Have you been hospitalized recently?

15            DEFENDANT TANG:  Not for the last three years.

16            THE COURT:  And have you had any treatment for

17   narcotics addiction recently?

18            DEFENDANT TANG:  No, I have not.

19            THE COURT:  The psychiatric care that you have

20   received, did they put you on any type of medication?

21            DEFENDANT TANG:  No, there was no medication.

22            THE COURT:  And are you still seeing a psychiatrist?

23            DEFENDANT TANG:  No, I am not.

24            THE COURT:  You indicated that you have some medical

25   conditions.  Are you on any medication for any of those?

1          **DEFENDANT TANG:**  No, not currently.

2          **THE COURT:**  Is there anything about either the

3   medical conditions or the fact that you had been treated by a

4   psychiatrist that would make it hard for you to understand

5   what's happening here today?

6          **DEFENDANT TANG:**  No, there is no problem.

7          **THE COURT:**  And have you had any drugs, medicine, or

8   pills, or alcoholic beverages to drink in the last 24 hours?

9          **DEFENDANT TANG:**  No, I have not.

10          **THE COURT:**  And you do have an attorney here with

11   you.  Were you provided with a copy of the information?

12          **DEFENDANT TANG:**  Yes, I was provided with a copy of

13   the information.

14          **THE COURT:**  And you understand what those charges

15   are?

16          **DEFENDANT TANG:**  Yes, I do understand them, Your

17   Honor.

18          **THE COURT:**  Okay.  Then I'm going to ask some

19   questions to Ms. Cho.  Am I saying that correctly?

20          **DEFENDANT CHAO:**  It's Chao.

21          **THE COURT:**  Chao?  So you're appearing here on

22   behalf of Laserlith Corporation?

23          **DEFENDANT CHAO:**  Yes, I am.

24          **THE COURT:**  And are you an officer of that

25   corporation?

1          **DEFENDANT CHAO:**  It's dissolved, but yes, I was.

2          **THE COURT:**  Okay.

3          **DEFENDANT CHAO:**  I was president.

4          **THE COURT:**  And I need to give you an oath first.

5          **DEFENDANT CHAO:**  Okay.

6          **THE COURT:**  If you could please raise your right

7    hand and stand.

8          **THE CLERK:**  Please stand.  Do you affirm under the

9    penalties of perjury that your testimony will be the truth,

10   the whole truth, and nothing but the truth?

11         **DEFENDANT CHAO:**  I understand.

12         **THE COURT:**  So you're not currently an officer of

13   the corporation, because it's been dissolved?

14         **DEFENDANT CHAO:**  True.  Yes, Your Honor.

15         **THE COURT:**  And when was it dissolved?

16         **DEFENDANT CHAO:**  Two years ago.

17         **THE COURT:**  Were you an officer before?

18         **DEFENDANT CHAO:**  Yes, I was.

19         **THE COURT:**  What position did you hold?

20         **DEFENDANT CHAO:**  President.

21         **THE COURT:**  And when you say it's dissolved, was it

22   dissolved with the secretary of state?

23         **DEFENDANT CHAO:**  Yes.

24         **THE COURT:**  Okay.  And are you the only person that

25   could act on behalf of Laserlith Corporation?

```
 1              DEFENDANT CHAO:  Yes.

 2              THE COURT:  And there is no longer a board of

 3    directors?

 4              DEFENDANT CHAO:  No.

 5              THE COURT:  Okay.  Thank you.

 6              Ms. Kim, if you would please stand and raise your

 7    right hand, the clerk will administer an oath to you to tell

 8    the truth.

 9              THE CLERK:  Do you affirm under the penalties of

10    perjury that your testimony will be the truth, the whole

11    truth, and nothing but the truth?

12              DEFENDANT KIM:  Yes.

13              THE COURT:  And are you currently an officer of

14    Black Hills Nanosystems Corporation?

15              DEFENDANT KIM:  I was.

16              THE COURT:  And has that been dissolved?

17              DEFENDANT KIM:  Yes, Your Honor.

18              THE COURT:  And do you know when it was dissolved?

19              DEFENDANT KIM:  2016.

20              THE COURT:  And before it was dissolved, what was

21    your position?

22              DEFENDANT KIM:  President.

23              THE COURT:  And is there anyone else that could act

24    on behalf of Black Hills Nanosystems Corporation today?

25              DEFENDANT KIM:  You mean -- you mean besides me
```

```
 1   or --
 2             THE COURT:  Right.  Are there any other --
 3        DEFENDANT KIM:  No.
 4             THE COURT:  There aren't any officers or board of
 5   directors members, because it was dissolved?
 6        DEFENDANT KIM:  That's right, Your Honor.
 7             THE COURT:  Okay.  Thank you.
 8        DEFENDANT KIM:  Thank you.
 9             THE COURT:  Mr. Tang, with regard to Blue Sky
10   Engineering, Inc., are you currently an officer of Blue Sky
11   Engineering?
12        DEFENDANT TANG:  Yes, I am, Your Honor.
13             THE COURT:  What is your position?
14        DEFENDANT TANG:  President.
15             THE COURT:  And that is still an ongoing corporate
16   entity?
17        DEFENDANT TANG:  It is -- it still exists, that's
18   correct.
19             THE COURT:  And is there a board of directors?
20        DEFENDANT TANG:  No, there is not.
21             THE COURT:  Are there any other officers, other than
22   you?
23        DEFENDANT TANG:  No, there is not.
24             THE COURT:  So you are the only person that would be
25   authorized to act on behalf of the corporation?
```

1          **DEFENDANT TANG:**  Yes, that is correct.

2          **THE COURT:**  Okay.  Then with regard to all three

3     corporations and Mr. Tang individually, I want you all to be

4     aware that you have a constitutional right to be charged by an

5     indictment that's returned by a grand jury, but you can waive

6     that right and you can consent to being charged by an

7     information that's filed by the U.S. Attorney's Office.

8              Instead of an indictment, these felony charges have

9     been brought by the U.S. Attorney's Office filing an

10    information.  Unless you waive indictment, you cannot be

11    charged with a felony unless the grand jury finds by return of

12    an indictment that there is probable cause to believe that a

13    crime has been committed and that you or the entities have

14    committed it.  If you do not waive indictment, the government

15    may present the case to the grand jury and ask the grand jury

16    to indict you.

17             And a grand jury is made up of at least 16 and not

18    more than 23 persons, and at least 12 of those grand jurors,

19    after listening to the evidence, would have to find that

20    there's probable cause to believe that a crime was committed

21    and that you were the entity or the person that committed the

22    crime before you could be indicted.  And the grand jury would

23    listen to the evidence, and they either may or may not indict

24    you.

25             If you waive indictment by the grand jury, the case

```
 1   will proceed against you based on the U.S. Attorney's

 2   information just as if you had been indicted.

 3           Have each of you talked about waiving your right to

 4   be indicted by the grand jury with your lawyer?

 5           Mr. Tang?

 6           DEFENDANT TANG:  Yes, I have talked to my lawyer.

 7           THE COURT:  Both you individually and as president

 8   of Blue Sky Engineering, Inc.?

 9           DEFENDANT TANG:  Yes, for both.

10           THE COURT:  Ms. Chao?

11           DEFENDANT CHAO:  Yes, I have.

12           THE COURT:  And Ms. Kim?

13           DEFENDANT KIM:  Yes, Your Honor.

14           THE COURT:  And do you understand that you do have

15   the right to be indicted by the grand jury?

16           Mr. Tang?

17           DEFENDANT TANG:  Yes, I do.

18           THE COURT:  Ms. Chao?

19           DEFENDANT CHAO:  Yes, I do, Your Honor.

20           THE COURT:  Ms. Kim?

21           DEFENDANT KIM:  Yes, Your Honor.

22           THE COURT:  And have any threats or promises been

23   made to you to induce you to waive the right to be indicted by

24   a grand jury?

25           Mr. Tang?
```

1    **DEFENDANT TANG:**  No.  No, I -- no, Your Honor.

2    **THE COURT:**  Ms. Chao?

3    **DEFENDANT CHAO:**  No, Your Honor.

4    **THE COURT:**  Ms. Kim?

5    **DEFENDANT KIM:**  No, Your Honor.

6    **THE COURT:**  Do you wish to waive your right to be

7    indicted by the grand jury?

8         Mr. Tang?

9    **DEFENDANT TANG:**  Yes, I do wish to be waived.

10   **THE COURT:**  Ms. Chao?

11   **DEFENDANT CHAO:**  Yes.

12   **THE COURT:**  And Ms. Kim?

13   **DEFENDANT KIM:**  Yes, Your Honor.

14   **THE COURT:**  And if you are willing to waive your

15   right to be indicted by the grand jury, you should sign the

16   waiver of indictment form here in open court.

17        And, counsel, are any of you aware of any reason why

18   your client should not waive the right to be indicted by a

19   grand jury?

20   **MR. LUSKEY:**  No, Your Honor.

21   **MR. CARLUCCI:**  No, Your Honor.

22   **MR. LI-MING WONG:**  No, Your Honor.

23   **THE COURT:**  I find that all four defendants have

24   signed the waiver of indictment form here in open court, that

25   the waivers have been knowingly and voluntarily made by each

1   defendant.  It is hereby accepted by the Court, and I have

2   entered an order to that effect.

3           So now we're going to go to the change of plea part

4   of the hearing.  First of all, with regard to all four of the

5   defendants, do you understand that you are now under oath, and

6   that if you answer any of my questions falsely, your answers

7   could be used against you later in another prosecution for

8   either perjury or for making a false statement?

9           **DEFENDANT TANG:**  Yes, Your Honor.

10          **DEFENDANT KIM:**  Yes, Your Honor.

11          **DEFENDANT CHAO:**  Yes, Your Honor.

12          **THE COURT:**  So first I'm going to ask some general

13  questions of all of you.  Did each of you receive a copy of

14  the information, which is the charge that's pending against

15  you?

16          **DEFENDANT TANG:**  Yes, I did, Your Honor.

17          **DEFENDANT KIM:**  Yes, Your Honor.

18          **DEFENDANT CHAO:**  Yes, I did, Your Honor.

19          **THE COURT:**  And do you want -- have you had a chance

20  to discuss those charges and your case in general with your

21  attorney?

22          **DEFENDANT TANG:**  Yes, Your Honor.

23          **DEFENDANT KIM:**  Yes, Your Honor.

24          **DEFENDANT CHAO:**  Yes.

25          **THE COURT:**  Are you fully satisfied with the

1  counsel, representation, and advice that's been given to you

2  about your case by your lawyer?

3       **DEFENDANT TANG:**  Yes, I'm fully satisfied, Your

4  Honor.

5       **DEFENDANT KIM:**  Yes, Your Honor.

6       **DEFENDANT CHAO:**  Yes, Your Honor.

7       **THE COURT:**  And each of you has signed a plea

8  agreement and a plea agreement supplement.  Did you have a

9  chance to read and discuss those documents with your lawyer

10  before you signed them?

11       **DEFENDANT TANG:**  Yes, Your Honor.

12       **DEFENDANT KIM:**  Yes, Your Honor.

13       **DEFENDANT CHAO:**  Yes, Your Honor.

14       **THE COURT:**  Do the plea agreement and the plea

15  agreement supplement represent in their entirety all of the

16  understandings or agreements that you have with the

17  government?

18       **DEFENDANT TANG:**  Yes, Your Honor.

19       **DEFENDANT KIM:**  Yes, Your Honor.

20       **DEFENDANT CHAO:**  Yes, Your Honor.

21       **THE COURT:**  So I just want to make sure that there's

22  not something that was said orally that wasn't put down in

23  writing.  Do you understand that?

24       **DEFENDANT CHAO:**  Mm-hmm.

25       **THE COURT:**  Okay.  And do you understand the terms

1   of the plea agreement and the plea agreement supplement?

2           **DEFENDANT TANG:**  Yes, Your Honor.

3           **DEFENDANT KIM:**  Yes, Your Honor.

4           **DEFENDANT CHAO:**  Yes, Your Honor.

5           **THE COURT:**  Has anyone made any promises or

6   assurances to you that are not written down in the plea

7   agreement or the plea agreement supplement to try to persuade

8   you to accept those agreements?

9           **DEFENDANT TANG:**  No, Your Honor.

10          **DEFENDANT KIM:**  No, Your Honor.

11          **DEFENDANT CHAO:**  No.

12          **THE COURT:**  The terms of the plea agreement and the

13  plea agreement supplement are merely recommendations to me,

14  and I can reject those recommendations without allowing you to

15  withdraw your plea of guilty, and I could sentence you more

16  severely than you anticipate.  Do you understand that?

17          **DEFENDANT TANG:**  Yes, Your Honor.

18          **DEFENDANT KIM:**  Yes, Your Honor.

19          **DEFENDANT CHAO:**  Yes, Your Honor.

20          **THE COURT:**  Counsel, were all formal plea offers by

21  the government conveyed to your clients?

22          **MR. CARLUCCI:**  Yes, Your Honor.

23          **MR. LUSKEY:**  Yes, Your Honor.

24          **MR. LI-MING WONG:**  Yes.

25          **THE COURT:**  And going back to the clients:  Has

1    anyone attempted in any way to force you to plead guilty

2    today?

3              **DEFENDANT TANG:**  No, Your Honor.

4              **DEFENDANT KIM:**  No, Your Honor.

5              **DEFENDANT CHAO:**  No, Your Honor.

6         **THE COURT:**  Are you pleading guilty of your own free

7    will because you are guilty?

8              **DEFENDANT TANG:**  Yes, Your Honor.

9              **DEFENDANT KIM:**  Yes, Your Honor.

10             **DEFENDANT CHAO:**  Yes, Your Honor.

11        **THE COURT:**  The offenses that you're pleading guilty

12   to are a felony -- and, Mr. Tang, I'm directing this to you

13   because you're the only individual here -- and if I accept

14   your plea, as a result of that you may lose some valuable

15   civil rights, like the right to vote, the right to hold public

16   office, the right to serve on a jury, and the right to possess

17   or carry any kind of firearm.  Do you realize that you may

18   lose those rights if you plead guilty?

19             **DEFENDANT TANG:**  Yes, Your Honor.

20        **THE COURT:**  I wanted to go over the possible maximum

21   penalties in the event that there is a guilty plea.  And first

22   of all, Mr. Tang, I'm going to address this to you because

23   you're the only individual defendant.

24             With regard to Count 2, the wire fraud count, there

25   is a maximum period of imprisonment of not more than 20 years,

1   a maximum fine of not more than $250,000, or both prison and a

2   fine.  If you are sentenced to prison, it would be followed by

3   a period of supervised release of not more than three years.

4        If you violate any of the conditions of your

5   supervised release and it's revoked, you could be sentenced to

6   an additional period in prison of not more than two years on

7   each individual revocation.

8        You've also agreed to pay restitution in the amount

9   of $1,084,418.60 jointly and severally with the other

10  defendants.  There is also a special assessment of $100 which

11  would be due to the Victims Compensation Fund.

12       Do you understand that those are the maximum

13  penalties that you would face if you plead guilty?

14       **DEFENDANT TANG:**  Yes, Your Honor.

15       **THE COURT:**  And with regard to the three corporate

16  defendants, with regard to Count 1, conspiracy to commit wire

17  fraud, the maximum period of imprisonment for the corporation

18  would be 20 years.  The maximum fine is $500,000.  The

19  corporations have each agreed to pay restitution jointly and

20  severally between all of the defendants in the amount of

21  $1,084,418.60, and there is a special assessment of $400

22  payable to the Victims Compensation Fund.

23       Do you each understand that those are the maximum

24  penalties that could be imposed against the corporation?

25       **DEFENDANT TANG:**  Yes, Your Honor.

 1          **DEFENDANT KIM:**  Yes, Your Honor.

 2          **DEFENDANT CHAO:**  Yes, Your Honor.

 3          **THE COURT:**  When I decide the sentence, the first

 4   thing that I'll look at is the presentence report that's

 5   prepared by the probation office, and that will determine

 6   advisory guideline range.  After that range is determined --

 7   or after the report is done, it's submitted to all of the

 8   attorneys, who will review it with you, and then objections

 9   can be filed to the report.

10          Because of that, the range that I find at the time

11   of sentencing might be different than the estimate that your

12   attorneys gave you.  Do you understand that?

13          **DEFENDANT TANG:**  Yes, Your Honor.

14          **DEFENDANT KIM:**  Yes, Your Honor.

15          **DEFENDANT CHAO:**  Yes, Your Honor.

16          **THE COURT:**  And after I determine the initial

17   advisory guideline range, I have to figure out if there's any

18   reason why the sentence should be higher or lower than that,

19   either based on departures that are authorized under the

20   federal sentencing guidelines or based on the factors that are

21   set out in the sentencing statute.  So the sentence could be

22   higher or lower than the advisory guideline range.  Do you

23   understand that?

24          **DEFENDANT TANG:**  Yes, Your Honor.

25          **DEFENDANT KIM:**  Yes, Your Honor.

1    **DEFENDANT CHAO:**  Yes, Your Honor.

2    **THE COURT:**  In the -- this only applies to Mr. Tang.

3    In the federal system, parole has been abolished, so if you

4    are sentenced to prison, you will not get out early on federal

5    parole.  Do you understand that?

6    **DEFENDANT TANG:**  Yes, Your Honor.

7    **THE COURT:**  In all of the plea agreements, they have

8    waived the right to appeal unless I sentence the defendant

9    higher than the advisory guideline range or if the defendants

10   contend that the Court doesn't have jurisdiction over them.

11   So unless either of those two things apply, you've given up

12   your right to appeal.  Do you understand that?

13   **DEFENDANT TANG:**  Yes, Your Honor.

14   **DEFENDANT KIM:**  Yes, Your Honor.

15   **DEFENDANT CHAO:**  Yes, Your Honor.

16   **THE COURT:**  And the government does have the right

17   to appeal.  Do you understand that?

18   **DEFENDANT TANG:**  Yes, Your Honor.

19   **DEFENDANT KIM:**  Yes, Your Honor.

20   **DEFENDANT CHAO:**  Yes, Your Honor.

21   **THE COURT:**  You have the right to plead not guilty

22   to the offenses that you're charged with, and you could

23   continue on with that plea.  If you did so, you would have the

24   right to a trial by jury.  During the trial, I would tell the

25   jury that you are presumed to be innocent and the burden is on

1    the government to prove your guilt beyond a reasonable doubt.

2    You would have the right to the assistance of your lawyer to

3    help you with your defense, and one would be appointed by the

4    Court, if necessary.

5         Your lawyers would represent you at trial and at

6    every other stage of the proceeding.  You would have the right

7    to see and hear all the witnesses and have them cross-examined

8    on your behalf.

9         On your part, you would have the right to not

10   testify unless you voluntarily gave up that right.  If you had

11   witnesses who you thought were helpful to your side of the

12   case, subpoenas could be served on those witnesses, and that

13   would make them come here to court to testify.  If you decided

14   not to testify or not to present any evidence, I would tell

15   the jury that those facts can't be used against you, that the

16   burden stays on the government to prove your guilt beyond a

17   reasonable doubt.

18        If you enter a plea of guilty today, there will not

19   be a trial, and you'll have given up all the other rights I

20   just described to you.  Do you understand that?

21        **DEFENDANT TANG:**  Yes, Your Honor.

22        **DEFENDANT KIM:**  Yes, Your Honor.

23        **DEFENDANT CHAO:**  Yes, Your Honor.

24        **THE COURT:**  So I want to make sure that you

25   understand what the government would have to prove if this

1    case did go to trial.  With regard to the three corporate

2    entities, you're charged with conspiracy to commit wire fraud,

3    and if this case did go to trial, the government would have to

4    prove beyond a reasonable doubt that beginning on or about

5    2012 and continuing through 2016, in the District of South

6    Dakota and elsewhere, two or more persons reached an agreement

7    or came to an understanding to commit wire fraud; that is, to

8    voluntarily and intentionally devise or participate in a

9    scheme or artifice to defraud another out of money, property,

10   or property rights by means of material false or fraudulent

11   pretenses, representations, or promises, that it was done with

12   the intent to defraud, and it was done using or causing to be

13   used an interstate wire communication in furtherance of or in

14   an attempt to carry out some essential step in the scheme;

15   that you voluntarily and intentionally joined in the agreement

16   or understanding either at the time it was first reached or at

17   some later time while it was still in effect; and that at the

18   time you joined in the agreement or understanding, you knew

19   the purpose of the agreement or understanding.

20           Do you each understand what would have to be proven

21   beyond a reasonable doubt with regard to Count 1?

22           **DEFENDANT TANG:**  Yes, Your Honor.

23           **DEFENDANT KIM:**  Yes, Your Honor.

24           **DEFENDANT CHAO:**  Yes, Your Honor.

25           **THE COURT:**  And, Mr. Tang, with regard to Count 2,

1    the government would have to prove beyond a reasonable doubt

2    that on or about January 28th, 2015, in the District of South

3    Dakota and elsewhere, you voluntarily and intentionally

4    devised or participated in a scheme or artifice to defraud

5    another of money, property, or property rights by means of

6    material false or fraudulent pretenses, representations, or

7    promises; that you had the intent to defraud; and that you

8    used or caused to be used an interstate wire communication,

9    that is, wire communication from MicroAssembly by and through

10   Blue Sky, with Black Hills Nano serving as a subcontractor,

11   containing NASA proposal numbered H8.03-8999, entitled

12   "Low-Cost Multi-Junction Photovoltaic Panels," in furtherance

13   of or in an attempt to carry out some essential step in the

14   scheme.

15           Do you understand that that's what you're charged

16   with in Count 2 and that's what the government would have to

17   prove if this case did go to trial?

18           **DEFENDANT TANG:**  Yes, Your Honor.

19           **THE COURT:**  As part of all four of the plea

20   agreements, there were factual basis statements that were

21   filed.  Did each of you read the factual basis statement, and

22   is everything in that statement the truth?

23           **DEFENDANT TANG:**  Yes, Your Honor.

24           **DEFENDANT KIM:**  Yes, Your Honor.

25           **DEFENDANT CHAO:**  Yes, Your Honor.

1      **THE COURT:**  And I have reviewed the factual basis

2    statements, and I find that they do indicate a complete,

3    independent factual basis for the admission of each of the

4    crimes.

5           So there were also plea agreement supplements filed.

6           If I could have everybody that is behind the bar

7    just step out of the courtroom for a minute.  Except for

8    Darin.  You can stay in.  And James.

9           (All spectators left the courtroom.  In camera

10   hearing held.)

11     **THE COURT:**  Mr. Tang, if you would please stand.

12   How do you plead to the charge in Count 2 of the information

13   that charges you with wire fraud?  Guilty or not guilty?

14     **DEFENDANT TANG:**  Guilty.

15     **THE COURT:**  And with regard to your role as the

16   president of Blue Sky Engineering, Inc., how do you plead to

17   the charge in Count 1 of the information that charges you with

18   conspiracy to commit wire fraud?  Guilty or not guilty?

19     **DEFENDANT TANG:**  Guilty.

20     **THE COURT:**  You may be seated.

21           And, Ms. Chao, how do you plead to the charge in

22   Count 1 of the information on behalf of Laserlith Corporation

23   that charges you with conspiracy to commit wire fraud?  Guilty

24   or not guilty?

25     **DEFENDANT CHAO:**  Guilty.

1          **THE COURT:**  You may be seated.

2          And, Ms. Kim, if you would please stand.  And on

3    behalf of Black Hills Nanosystems Corporation, how do you

4    plead to Count 1 of the information that charges you with

5    conspiracy to commit wire fraud?  Guilty or not guilty?

6          **DEFENDANT KIM:**  Guilty, Your Honor.

7          **THE COURT:**  You may be seated.

8          It is the finding of the Court in the case of *United*

9    *States of America vs. Wallace Tang, Laserlith Corporation,*

10   *Black Hills Nanosystems Corporation, and Blue Sky Engineering,*

11   *Incorporated,* that all four defendants are fully competent and

12   capable of entering informed pleas, that they are aware of the

13   nature of the charges and the consequences of the pleas, and

14   that the pleas of guilty are knowing and voluntary pleas

15   supported by an independent basis in fact containing each of

16   the essential elements of the offenses.

17         The pleas are therefore accepted and the defendants

18   are now adjudged guilty of the offenses.

19         So next I wanted to tell all of you what will

20   happen.  Probation is going to write a presentence report, and

21   when that's completed, it will be filed and your attorneys

22   will be able to get access to the report, and then they'll go

23   over the report with you.

24         I'd like you to read the reports carefully and let

25   them know if there are any errors or mistakes in the reports.

 1    Your lawyers can file objections to the reports, or they can

 2    ask to have changes made.  We want to make sure that

 3    everything is as accurate as possible.  Any objections that

 4    they have are due by November 5th, and the reports will be

 5    filed by October 22nd.

 6          And then the next thing that will happen is we'll

 7    have a sentencing hearing, and during that hearing, first I'll

 8    rule on any objections that are made.  And then that

 9    determines what the advisory guideline range is under the

10    federal sentencing guidelines.  And once that has happened,

11    then I'll have each of the attorneys speak on your behalf.

12          And after that, then you are given an opportunity to

13    speak.  And if you have family or friends who would like to

14    come to the hearing and speak on your behalf, I'll listen to

15    whatever they have to say, and then I'll hear what the

16    government recommends that the sentence should be.

17          And if either you or your family or friends would

18    rather submit letters of support, just get them to your

19    attorney the week before sentencing, and that will give me a

20    chance to read the letters beforehand.

21          And the sentencing hearings are going to be on

22    November 26.

23          And, Mr. Jehangiri, do you think they should all be

24    at one time or individual times?

25          **MR. JEHANGIRI:**  I think all at once would make sense

1  in this case, Your Honor.  We might need a little bit more

2  time, but I think for efficiency purposes -- I don't -- I

3  don't foresee needing four separate -- or three separate

4  hearings.

5          **THE COURT:**  Is that agreeable to the defense

6  attorneys?

7          **MR. LUSKEY:**  Yes, Your Honor.

8          **MR. CARLUCCI:**  It is, Your Honor.

9          **MR. LI-MING WONG:**  Your Honor, I have -- I have

10  travel plans on the 25th.  Would it be possible to set it for

11  the 27th instead of the 26th?  Because we would have to build

12  in a day of travel for myself and the attorneys.

13          **THE COURT:**  Tuesdays are usually days that I start

14  trials on.  So how about the following Monday?

15          **MR. CARLUCCI:**  December 3rd, Your Honor?

16          **MR. LI-MING WONG:**  That's fine, Your Honor.

17          **THE COURT:**  Yeah.  December 3rd.  Does that work for

18  everybody?

19          **MR. CARLUCCI:**  Yes, Your Honor.

20          **MR. LUSKEY:**  Yes, Your Honor.

21          **THE COURT:**  Okay.  So we'll do it on December 3rd.

22  So would you rather be in the morning or in the afternoon?

23          **MR. LUSKEY:**  I would prefer the morning, Your Honor.

24          **MR. CARLUCCI:**  The same.

25          **THE COURT:**  If we do 9 o'clock on the 3rd, and then

1    you can get flights home.

2            **MR. CARLUCCI:**  That would be great.

3            **THE COURT:**  Okay.

4            **MR. LI-MING WONG:**  That would be great.  Thank you,

5    Your Honor.

6            **THE COURT:**  December 3rd at 9.

7            So the one other matter I need to take up is with

8    regard to Mr. Tang, whether he should be released pending

9    sentencing.  Mr. Jehangiri, what's the government's position?

10           **MR. JEHANGIRI:**  The United States is not seeking

11   detention at this time.  I think pursuant to § 3143 there is

12   clear and convincing evidence that Mr. Tang is neither a

13   flight risk or a risk to the community or others.  It's worth

14   noting that, one, he's paid a special assessment, and, two,

15   all of the defendants, including Mr. Tang, have paid, in full,

16   the restitution amount.  So it's evident even before this

17   hearing that all the defendants -- corporate defendants and

18   individual defendant -- took seriously the charges here and

19   the proceedings before the Court.

20           And I'd also rely on the presentence report that was

21   drafted by U.S. Probation prior to today's hearing.

22           **THE COURT:**  Mr. Carlucci, I assume you agree?

23           **MR. CARLUCCI:**  I do, and I've read the presentence

24   recommendation as well, Your Honor.

25           **THE COURT:**  And I think there was a proposed order

 1  there.

 2          **MR. CARLUCCI:**  There is, and I've proffered to your

 3  clerk the passport that my client has.  And so with respect to

 4  the conditions, that was one of them, and that's now been met.

 5          **THE COURT:**  Okay.  And if he'd sign that here in

 6  open court.

 7          **MR. CARLUCCI:**  Does he need to fill out Sioux Falls,

 8  South Dakota, where it says "city and state," or --

 9          **THE COURT:**  Whatever his address is.

10          **MR. CARLUCCI:**  Yep.

11          **THE COURT:**  Yep.

12          **MR. CARLUCCI:**  So do you want his address?  Okay.

13  Great.

14          **THE COURT:**  Right.

15          **MR. CARLUCCI:**  Just put your address there.

16          **THE COURT:**  So, Mr. Tang, I just want to go over

17  these conditions and make sure that you understand them and

18  agree to them.  You would be released subject to the following

19  conditions:

20          That you shall not commit any offense in violation

21  of federal, state, local, or tribal law while you are on

22  release.

23          You shall immediately advise the Court, defense

24  counsel, and the U.S. Attorney in writing of any change in

25  address or telephone number.

1          You shall maintain regular contact with your counsel

2     and promptly respond to any inquiries from counsel.

3          And I'm changing that to "his."  It did say "her."

4          That you shall appear at all proceedings as required

5     and shall surrender for service of any sentence imposed as

6     directed.

7          You shall cooperate in the collection of a DNA

8     sample if the collection is authorized by 34 U.S.C. § 4702,

9     and you shall surrender your passport and not obtain another

10    passport.

11         Do you agree to abide by those conditions?

12         **DEFENDANT TANG:**  Yes, Your Honor.

13         **THE COURT:**  I want to make sure that you understand

14    that if you violate any of the conditions, it could result in

15    the immediate issuance of a warrant for your arrest, a

16    revocation of your release, an order of detention, a

17    forfeiture of any bond, and a prosecution for contempt of

18    court, and it could result in imprisonment, a fine, or both.

19         If you commit a federal offense while you're on

20    pretrial release, that would result in an additional sentence

21    of a term of imprisonment of not more than ten years, or if

22    it's a felony -- if it is a felony, or, if it's a misdemeanor,

23    a term of imprisonment of not more than one year, and that

24    would be in addition to any other sentence.

25         Federal law makes it a crime punishable by up to ten

years of imprisonment and $250,000 fine or both to obstruct a criminal investigation, to tamper with a witness, victim, or informant, to retaliate or attempt to retaliate against a witness, victim, or informant, or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court; and the penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or an attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require or to surrender to serve a sentence, you can be prosecuted for failing to appear or surrender, and additional punishment could be imposed.

If you are convicted of an offense punishable by death, life imprisonment, or imprisonment of a term of fifteen years or more, you will be fined not more than $250,000 or imprisoned for not more than ten years or both.  If it's an offense punishable by imprisonment for a term of five years or more but less than fifteen years, you will be fined not more than $250,000 or imprisoned for not more than five years or both.  For any other felony, you would be fined not more than $250,000 or imprisoned not more than two years or both; and if it's a misdemeanor, you would be fined not more than $100,000 or imprisoned not more than one year or both.

And the term of imprisonment that's imposed for failure to appear or surrender will be consecutive to any

1  other sentence that you receive.  In addition, a failure to

2  appear or surrender may result in the forfeiture of any bond

3  posted.

4          And do you understand that those are the possible

5  penalties if you violate the conditions of your release?

6          **DEFENDANT TANG:**  Yes, Your Honor.

7          **THE COURT:**  And I hereby order the release of the

8  defendant after processing, and note that the form was

9  filed -- or signed by the defendant here in open court.

10          Is there anything else that anybody wants me to

11  address today?

12          **MR. CARLUCCI:**  No, Your Honor.

13          **MR. LUSKEY:**  Nothing further, Your Honor.

14          **MR. LI-MING WONG:**  No, Your Honor.

15          **MR. JEHANGIRI:**  No, thank you.

16          **THE COURT:**  Okay.  We'll see you all back here in

17  December, then.  We are adjourned.

18          **(End of proceedings at 2:16 p.m., 9-5-18.)**

19

20

21

22

23

24

25

```
 1   UNITED STATES DISTRICT COURT

 2   DISTRICT OF SOUTH DAKOTA  :SS  CERTIFICATE OF REPORTER

 3   SOUTHERN DIVISION

 4            I, Jill M. Connelly, Official United States District

 5   Court Reporter, Registered Merit Reporter, Certified Realtime

 6   Reporter, and Notary Public, hereby certify that the above and

 7   foregoing transcript is the true, full, and complete

 8   transcript of the above-entitled case, consisting of Pages 1 -

 9   38.

10            I further certify that I am not a relative or

11   employee or attorney or counsel of any of the parties hereto,

12   nor a relative or employee of such attorney or counsel, nor do

13   I have any interest in the outcome or events of the action.

14            IN TESTIMONY WHEREOF, I have hereto set my hand this

15   27th day of December, 2018.

16

17   /s/ Jill M. Connelly
     _____
18   Jill M. Connelly, RMR, CRR
     Federal Court Reporter
19   United States Courthouse
     400 S. Phillips Avenue
20   Sioux Falls, SD 57104
     hone:  (605) 330-6669
21   E-mail:  Jill_Connelly@sdd.uscourts.gov

22

23

24

25
```

DEFENDANT CHAO:
**[40]**
**DEFENDANT KIM: [36]**
10/5 10/14 10/24 15/12
15/15 15/17 15/19 15/22
15/25 16/3 16/6 16/8
18/13 18/21 19/5 19/13
20/10 20/17 20/23 21/5
21/12 21/19 22/3 22/10
22/18 23/4 23/9 25/1
25/14 25/25 26/14 26/19
27/22 28/23 29/24 31/6
**DEFENDANT TANG:**
**[60]**
**MR. BILLION: [1]** 4/17
**MR. CARLUCCI: [22]**
4/14 5/14 5/16 8/7 8/16
8/20 8/22 9/20 19/21
22/22 33/8 33/15 33/19
33/24 34/2 34/23 35/2
35/7 35/10 35/12 35/15
38/12
**MR. JEHANGIRI: [13]**
4/8 5/2 5/4 5/13 5/15
6/15 7/10 7/14 8/12 8/19
32/25 34/10 38/15
**MR. LI-MING WONG:**
**[17]** 4/10 5/22 5/25 6/3
6/7 7/1 7/3 7/9 7/16 7/19
9/23 19/22 22/24 33/9
33/16 34/4 38/14
**MR. LUSKEY: [11]** 4/12
8/25 9/2 9/4 9/22 19/20
22/23 33/7 33/20 33/23
38/13
**THE CLERK: [3]** 11/10
14/8 15/9
**THE COURT: [134]**

**$**
**$1,084,418.60 [3]** 6/13
24/9 24/21
**$100 [2]** 8/10 24/10
**$100,000 [1]** 37/22
**$2,500 [1]** 6/17
**$250,000 [6]** 7/6 24/1
37/1 37/15 37/19 37/21
**$400 [4]** 7/6 8/3 8/9
24/21
**$400,000 [1]** 7/23
**$500,000 [5]** 7/5 7/22
8/3 8/15 24/18

**-**
**-vs [1]** 1/7

**/**
**/s [1]** 39/17

**0**
**04 [1]** 1/18

**1**
**1.084 [1]** 6/19
**1.84 [1]** 6/18
**12 [1]** 17/18
**140 [1]** 2/18

**16 [1]** 17/17
**16-04 [1]** 1/18
**1700 [1]** 2/7
**18 [3]** 3/7 4/1 38/18
**18-40100-1 [1]** 1/5
**18-40100-3 [1]** 1/5
**18-40100-4 [1]** 1/6
**18-40100-5 [1]** 1/6
**18...................4 [1]** 3/2
**1:28 [2]** 3/2 4/1

**2**
**20 [2]** 23/25 24/18
**2012 [1]** 28/5
**2015 [1]** 29/2
**2016 [2]** 15/19 28/5
**2018 [2]** 1/10 39/15
**22nd [1]** 32/5
**23 [1]** 17/18
**24 [1]** 13/8
**25th [1]** 33/10
**26 [1]** 32/22
**2638 [1]** 2/3
**26th [1]** 33/11
**27th [2]** 33/11 39/15
**28th [1]** 29/2
**2:16 [2]** 3/7 38/18

**3**
**305 [1]** 2/18
**3143 [1]** 34/11
**330-6669 [1]** 39/20
**34 U.S.C [1]** 36/8
**38 [1]** 39/9
**3rd [4]** 33/15 33/17
33/21 33/25

**4**
**400 [2]** 1/23 39/19
**405 [1]** 2/15
**4702 [1]** 36/8

**5**
**54 [1]** 11/20
**555 [2]** 2/7 2/11
**57101 [1]** 2/3
**57104 [3]** 1/24 2/19
39/20
**5th [1]** 32/4

**6**
**605 [1]** 39/20
**6669 [1]** 39/20

**8**
**8999 [1]** 29/11

**9**
**9 o'clock [1]** 33/25
**9-5-18 [3]** 3/7 4/1 38/18
**9-5-18....................4 [1]**
3/2
**94104 [1]** 2/8
**94105 [2]** 2/11 2/15

**:**
**:SS [1]** 39/2

**A**
**abide [1]** 36/11
**ability [1]** 10/15
**able [1]** 31/22
**abolished [1]** 26/3
**above [2]** 39/6 39/8
**above-entitled [1]** 39/8
**accept [2]** 22/8 23/13
**acceptable [1]** 6/3
**accepted [3]** 3/6 20/1
31/17
**access [1]** 31/22
**accident [3]** 12/1 12/12
12/13
**accurate [1]** 32/3
**act [3]** 14/25 15/23
16/25
**action [1]** 39/13
**actually [1]** 11/7
**addiction [1]** 12/17
**addition [2]** 36/24 38/1
**additional [2]** 24/6
36/20 37/12
**address [7]** 6/20 23/22
35/9 35/12 35/15 35/25
38/11
**adjourned [1]** 38/17
**adjudged [1]** 31/13
**adjustments [1]** 7/12
**administer [1]** 15/7
**admission [1]** 30/3
**advice [1]** 21/1
**advise [1]** 35/23
**advised [2]** 8/8 8/8
**advisory [5]** 25/6 25/17
25/22 26/9 32/9
**affirm [3]** 11/10 14/8
15/9
**after [9]** 12/12 12/12
17/19 25/6 25/7 25/16
32/12 37/9 38/8
**afternoon [6]** 4/8 4/10
4/12 4/14 4/17 33/22
**against [8]** 10/20 10/21
18/1 20/7 20/14 24/24
27/15 37/3
**ago [2]** 12/13 14/16
**agree [3]** 34/22 35/18
36/11
**agreeable [1]** 33/5
**agreed [3]** 8/17 24/8
24/19
**agreement [23]** 4/23 5/1
5/4 5/20 6/11 6/22 6/25
7/8 21/8 21/8 21/14
21/15 22/1 22/1 22/7
22/7 22/12 22/13 28/6
28/15 28/18 28/19 30/5
**agreements [5]** 6/13
21/16 22/8 26/7 29/20
**Ah [1]** 5/14
**alcoholic [1]** 13/8
**allegations [1]** 9/11
**allowing [1]** 22/14
**also [8]** 2/20 6/10 7/4
8/12 24/8 24/10 30/5
34/20
**amendment [3]** 8/17

**8/24 9/1**
**amendments [1]** 7/11
**AMERICA [3]** 1/5 4/4
31/9
**amount [10]** 6/11 6/12
6/14 6/15 6/19 6/19 7/5
24/8 24/20 34/16
**another [4]** 20/7 28/9
29/5 36/9
**answer [1]** 20/6
**answers [1]** 20/6
**anticipate [1]** 22/16
**anybody [2]** 10/11 38/10
**anyone [3]** 15/23 22/5
23/1
**anything [3]** 10/19 13/2
38/10
**appeal [3]** 26/8 26/12
26/17
**appear [6]** 5/19 36/4
37/9 37/11 37/25 38/2
**appearance [4]** 1/14 4/3
4/21 9/8
**appearances [2]** 1/24
4/7
**appearing [2]** 4/18
13/21
**appears [2]** 6/5 10/15
**applies [2]** 9/16 26/2
**apply [1]** 26/11
**appoint [1]** 10/9
**appointed [2]** 10/12
27/3
**approach [6]** 5/16 7/1
7/2 7/17 7/18 9/2
**area [1]** 8/2
**aren't [1]** 16/4
**arraignment [3]** 1/14 4/3
4/21
**arrest [1]** 36/15
**artifice [2]** 28/9 29/4
**assessment [10]** 7/6
7/22 8/1 8/2 8/4 8/10
8/10 24/10 24/21 34/14
**assistance [1]** 27/2
**assume [1]** 34/22
**assurances [1]** 22/6
**attempt [4]** 28/14 29/13
37/3 37/4
**attempted [2]** 23/1 37/8
**attorney [10]** 2/6 2/10
2/14 2/17 13/10 20/21
32/19 35/24 39/11 39/12
**Attorney's [4]** 2/2 17/7
17/9 18/1
**attorneys [6]** 25/8 25/12
31/21 32/11 33/6 33/12
**authorized [4]** 2/24
16/25 25/19 36/8
**Ave [1]** 1/23
**Avenue [2]** 2/18 39/19
**aware [5]** 10/7 10/17
17/4 19/17 31/12

**B**
**bachelor's [1]** 11/22
**back [3]** 6/17 22/25
38/16
**bad [1]** 12/1

**bar [1]** 30/6
**barely [1]** 4/24
**based [3]** 18/1 25/19
25/20
**basis [5]** 29/20 29/21
30/1 30/3 31/15
**before [2]** 1/15 4/20
7/2 11/7 12/2 14/17
15/20 17/22 21/10 32/19
34/16 34/19
**beforehand [1]** 22/20
**beginning [1]** 28/4
**behalf [17]** 4/9 4/19 4/23
4/25 5/6 9/20 9/23 10/1
13/22 14/25 15/24 16/25
27/8 30/22 31/3 32/11
32/14
**behind [1]** 30/6
**believe [9]** 9/4 17/12
17/20
**besides [1]** 15/25
**better [1]** 5/3
**between [1]** 24/20
**beverages [1]** 13/8
**beyond [5]** 27/1 27/16
28/4 28/21 29/1
**BILLION [2]** 2/17 4/18
**bit [1]** 33/1
**BLACK [13]** 1/9 2/13
2/23 4/5 4/13 6/16 7/21
9/14 15/14 15/24 29/10
31/3 31/10
**block [1]** 6/4
**blue [20]** 1/10 2/5 2/21
4/6 4/15 4/23 4/25 5/8
5/23 7/24 8/13 9/14 9/20
12/3 16/9 16/10 18/8
29/10 30/16 31/10
**blue-ink [1]** 5/23
**board [3]** 15/2 16/4
16/19
**bond [2]** 36/17 38/2
**both [5]** 8/18 18/7 18/9
24/1 36/18 37/1 37/16
37/20 37/21 37/23
**Box [1]** 2/3
**brought [2]** 10/2 17/9
**build [1]** 33/11
**burden [2]** 26/25 27/16

**C**
**CA [3]** 2/8 2/11 2/15
**California [1]** 2/7
**came [1]** 28/7
**camera [1]** 30/9
**can [17]** 4/24 6/1 7/18
10/18 10/20 10/20 11/14
11/23 17/5 17/6 22/14
25/9 30/8 32/1 32/1 34/1
37/11
**can't [1]** 27/15
**cannot [1]** 17/10
**capable [1]** 31/12
**care [3]** 12/9 12/10
12/19
**carefully [1]** 31/24
**CARLUCCI [4]** 2/6 4/15
5/11 34/22
**carry [3]** 23/17 28/14

**C**

**carry... [1]** 29/13
**case [11]** 17/15 17/25 20/20 21/2 27/12 28/1 28/3 29/17 31/8 33/1 39/8
**cause [2]** 17/12 17/20
**caused [1]** 29/8
**causing [1]** 28/12
**Certainly [1]** 7/9
**CERTIFICATE [1]** 39/2
**Certified [1]** 39/5
**certify [2]** 39/6 39/10
**chance [3]** 20/19 21/9 32/20
**change [5]** 1/14 1/19 7/20 20/3 35/24
**changes [1]** 32/2
**changing [2]** 7/7 36/3
**CHAO [8]** 2/24 13/20 13/21 18/10 18/18 19/2 19/10 30/21
**charge [4]** 20/14 30/12 30/17 30/21
**charged [6]** 17/4 17/6 17/11 26/22 28/2 29/15
**charges [11]** 9/17 10/2 13/14 17/8 20/20 30/13 30/17 30/23 31/4 31/13 34/18
**Cho [1]** 13/19
**city [1]** 35/8
**civil [1]** 23/15
**clear [1]** 34/12
**clerk [3]** 11/8 15/7 35/3
**client [5]** 6/1 8/9 8/23 19/18 35/3
**clients [2]** 22/21 22/25
**collection [2]** 36/7 36/8
**come [2]** 27/13 32/14
**commit [9]** 9/11 24/16 28/2 28/7 30/18 30/23 31/5 35/20 36/19
**committed [4]** 17/13 17/14 17/20 17/21
**communication [3]** 28/13 29/8 29/9
**community [1]** 34/13
**Compensation [2]** 24/11 24/22
**competent [1]** 31/11
**complete [2]** 30/2 39/7
**completed [1]** 31/21
**completes [1]** 9/6
**computer [1]** 5/21
**computer-generated [1]** 5/21
**concerned [1]** 8/14
**conditions [10]** 12/25 13/3 24/4 35/4 35/17 35/19 36/11 36/14 37/10 38/5
**CONNELLY [5]** 1/23 39/4 39/17 39/18 39/21
**consecutive [1]** 37/25
**consent [1]** 17/6
**consequences [1]** 31/13

**consisting [1]** 39/8
**conspiracy [6]** 9/11 24/16 28/2 30/18 30/23 31/5
**constitutional [1]** 17/4
**contact [1]** 36/1
**containing [2]** 29/11 31/15
**contempt [1]** 36/17
**contend [1]** 26/10
**continue [1]** 26/23
**continuing [1]** 28/5
**conveyed [1]** 22/21
**convicted [1]** 37/13
**convincing [1]** 34/12
**cooperate [1]** 36/7
**copies [1]** 5/6
**copy [3]** 13/11 13/12 20/13
**corporate [9]** 2/20 2/22 8/2 8/15 9/13 16/15 24/15 28/1 34/17
**corporation [28]** 1/8 1/9 2/9 2/13 2/22 2/25 4/5 4/6 4/11 4/13 5/20 7/4 8/3 9/13 9/14 13/22 13/25 14/13 14/25 15/14 15/24 16/25 24/17 24/24 30/22 31/3 31/9 31/10
**corporations [3]** 10/1 17/3 24/19
**correct [11]** 5/22 6/14 6/15 6/19 8/16 8/18 8/20 8/22 10/11 16/18 17/1
**correctly [2]** 7/25 13/19
**Cost [1]** 29/12
**could [17]** 6/22 7/7 14/6 14/25 15/23 17/22 20/7 22/15 24/5 24/24 25/21 26/22 27/12 30/6 36/14 36/18 37/12
**counsel [21]** 2/2 2/4 2/9 2/12 2/16 4/7 4/18 5/4 7/10 8/7 9/18 10/11 10/12 19/17 21/1 22/20 35/24 36/1 36/2 39/11 39/12
**count [13]** 9/12 9/16 9/17 23/24 23/24 24/16 28/21 28/25 29/16 30/12 30/17 30/22 31/4
**couple [4]** 4/22 11/3 11/24 11/25
**court-appointed [1]** 10/12
**Courthouse [1]** 39/19
**courtroom [2]** 30/7 39/4
**CR [4]** 1/5 1/5 1/6 1/6
**crime [4]** 17/13 17/20 17/22 36/25
**crimes [1]** 30/4
**criminal [1]** 37/2
**cross [1]** 27/7
**cross-examined [1]** 27/7
**CRR [2]** 1/23 39/18
**Crutcher [2]** 2/10
**currently [5]** 12/8 13/1 14/12 15/13 16/10

**D**

**DAKOTA [6]** 1/2 1/8 28/6 29/3 35/8 39/2
**Darin [1]** 30/8
**day [2]** 33/12 39/15
**days [1]** 33/13
**death [1]** 37/14
**December [6]** 33/15 33/17 33/21 34/6 38/17 39/15
**December 3rd [3]** 33/15 33/17 33/21
**December 3rd at [1]** 34/6
**decide [1]** 25/3
**decided [1]** 27/13
**defendant [12]** 2/9 2/12 2/21 2/23 2/25 8/15 20/1 23/23 26/8 34/18 38/8 38/9
**defendants [19]** 1/11 2/4 2/17 3/3 4/19 9/13 9/18 19/23 20/5 24/10 24/16 24/20 26/9 31/11 31/17 34/15 34/17 34/17
**defense [3]** 27/3 33/5 35/23
**defraud [4]** 28/9 28/12 29/4 29/7
**degree [1]** 11/22
**Department [1]** 6/18
**departures [1]** 25/19
**described [1]** 27/20
**detention [2]** 34/11 36/16
**determine [2]** 25/5 25/16
**determined [1]** 25/6
**determines [1]** 32/9
**devise [1]** 28/8
**devised [1]** 29/4
**different [1]** 25/11
**directed [1]** 36/6
**directing [1]** 23/12
**directors [3]** 15/3 16/5 16/19
**discrepancy [1]** 6/16
**discuss [2]** 20/20 21/9
**discussed [2]** 7/10 8/12
**dissolved [9]** 14/1 14/13 14/15 14/21 14/22 15/16 15/18 15/20 16/5
**DISTRICT [8]** 1/1 1/2 1/16 28/5 29/2 39/1 39/2 39/4
**DIVISION [2]** 1/3 39/3
**DNA [1]** 36/7
**documents [1]** 21/9
**does [3]** 26/16 33/17 35/7
**doubt [5]** 27/1 27/17 28/4 28/21 29/1
**down [2]** 21/22 22/6
**drafted [1]** 34/21
**drink [1]** 13/8
**drugs [1]** 13/7
**due [2]** 24/11 32/4

**Dunn [1]** 2/10
**during [3]** 11/24 26/24 32/7

**E**

**E-mail [1]** 39/21
**e-signature [1]** 6/5
**each [13]** 11/3 18/3 19/25 20/13 21/7 24/7 24/19 24/23 28/20 29/21 30/3 31/15 32/11
**early [1]** 26/4
**effect [2]** 20/2 28/17
**efficiency [1]** 33/2
**either [7]** 13/2 17/23 20/8 25/19 26/11 28/16 32/17
**electronic [1]** 5/7
**elements [1]** 31/16
**else [2]** 15/23 38/10
**elsewhere [2]** 28/6 29/3
**emendations [1]** 7/17
**employee [2]** 39/11 39/12
**employment [1]** 11/24
**End [1]** 38/18
**Energy [1]** 6/18
**ENGINEERING [17]** 1/10 2/5 2/21 4/6 4/15 4/24 4/25 5/8 7/24 8/13 9/14 12/4 16/10 16/11 18/8 30/16 31/10
**English [1]** 12/6
**enter [1]** 27/18
**entered [1]** 20/2
**entering [1]** 31/12
**entirety [1]** 21/15
**entities [2]** 17/13 28/2
**entitled [3]** 4/4 29/11 39/8
**entity [2]** 16/16 17/21
**error [1]** 6/24
**errors [1]** 31/25
**essential [3]** 28/14 29/13 31/16
**estimate [1]** 25/11
**even [1]** 34/16
**event [2]** 5/8 23/21
**events [1]** 39/13
**every [1]** 27/6
**everybody [2]** 6/22 30/6
**everything [2]** 29/22 32/3
**evidence [4]** 17/19 17/23 27/14 34/12
**evident [1]** 34/16
**examined [1]** 27/7
**Except [1]** 30/7
**Executive [2]** 2/20 2/22
**exhibits [2]** 3/8 3/9
**exists [1]** 16/17

**F**

**face [2]** 8/14 24/13
**fact [2]** 13/3 31/15
**factors [1]** 25/20
**facts [1]** 27/15
**factual [4]** 29/20 29/21

**Dunn** ... (continued)

**fail [3]** 37/9
**failing [1]** 37/11
**failure [2]** 37/25 38/1
**Falls [6]** 1/8 1/24 2/3 2/19 35/7 39/20
**false [3]** 20/8 28/10 29/6
**falsely [1]** 20/6
**family [2]** 32/13 32/17
**far [2]** 8/14 11/21
**federal [8]** 25/20 26/3 26/4 32/10 35/21 36/19 36/25 39/18
**felony [6]** 17/8 17/11 23/12 36/22 36/22 37/20
**fifteen [2]** 37/14 37/18
**figure [1]** 25/17
**file [1]** 32/1
**filed [4]** 4/23 9/10 17/7 25/9 29/21 30/5 31/21 32/5 38/9
**filing [1]** 17/9
**fill [1]** 35/7
**final [1]** 9/4
**find [4]** 17/19 19/23 25/10 30/2
**finding [1]** 31/8
**finds [1]** 17/11
**fine [14]** 6/6 7/5 7/5 7/22 7/25 8/2 8/3 8/13 24/1 24/2 24/18 33/16 36/18 37/1
**fined [4]** 37/15 37/18 37/20 37/22
**firearm [1]** 23/17
**first [11]** 4/22 9/7 9/11 11/4 14/4 20/4 20/12 23/21 25/3 28/16 32/7 **five [2]** 37/17 37/19
**flight [1]** 34/13
**flights [1]** 34/1
**Foley [2]** 2/7 4/15
**followed [1]** 24/2
**following [2]** 33/14 35/18
**force [1]** 23/1
**foregoing [1]** 39/7
**foresee [1]** 33/3
**forfeiture [2]** 36/17 38/2
**form [4]** 11/2 19/16 19/24 38/8
**formal [1]** 22/20
**four [7]** 9/8 10/10 19/23 20/4 29/19 31/11 33/3
**Francisco [3]** 2/8 2/11 2/15
**fraud [9]** 9/12 9/17 23/24 24/17 28/2 28/7 30/13 30/18 30/23 31/5
**fraudulent [2]** 28/10 29/6
**free [1]** 23/6
**friends [2]** 32/13 32/17
**full [5]** 11/5 11/15 11/16 34/15 39/7
**fully [3]** 20/25 21/3 31/11
**Fund [2]** 24/11 24/22
**further [2]** 38/13 39/10

30/1 30/3

**F**

furtherance [2] 28/13 29/12
future [1] 10/21

**G**

gave [2] 25/12 27/10
general [2] 20/12 20/20
generated [1] 5/21
get [5] 4/20 26/4 31/22 32/18 34/1
Gibson [1] 2/10
GINA [2] 2/22 4/13
give [3] 11/8 14/4 32/19
given [4] 21/1 26/11 27/19 32/12
Good [5] 4/8 4/10 4/12 4/14 4/17
government [12] 8/8 17/14 21/17 22/21 26/16 27/1 27/16 27/25 28/3 29/1 29/16 32/16
government's [1] 34/9
grand [14] 17/5 17/11 17/15 17/15 17/17 17/18 17/22 17/25 18/4 18/15 18/24 19/7 19/15 19/19
great [3] 34/2 34/4 35/13
guess [1] 10/10
guideline [5] 25/6 25/17 25/22 26/9 32/9
guidelines [2] 25/20 32/10
guilt [2] 27/1 27/16
guilty [24] 22/15 23/1 23/6 23/7 23/11 23/18 23/21 24/13 26/21 27/18 30/13 30/13 30/14 30/18 30/18 30/19 30/23 30/24 30/25 31/5 31/5 31/6 31/14 31/18

**H**

H8.03 [1] 29/11
H8.03-8999 [1] 29/11
hand [4] 11/9 14/7 15/7 39/14
happen [2] 31/20 32/6
happened [1] 32/10
happening [1] 13/5
happy [1] 6/20
hard [1] 13/4
he'd [1] 35/5
he's [1] 34/14
hear [2] 27/7 32/15
hearing [1] 1/14 3/5 20/4 30/10 32/7 32/7 32/14 34/17 34/21
hearings [2] 32/21 33/4
held [1] 30/10
help [1] 27/3
helpful [1] 27/11
hereby [3] 20/1 38/7 39/6
herein [1] 3/9
hereto [2] 39/11 39/14
Herrington [1] 2/14
higher [3] 25/18 25/22

26/9
HILLS [13] 1/9 2/13 2/23 4/5 4/13 6/16 7/21 9/14 15/14 15/24 29/10 31/3 31/10
hire [3] 10/8 10/9 10/16
hmm [1] 21/24
hold [2] 14/19 23/15
home [1] 34/1
hone [1] 39/20
Honor [124]
HONORABLE [1] 1/15
hospitalized [1] 12/14
hours [1] 13/8
housekeeping [4] 4/22 9/7
Howard [1] 2/15

**I**

I'd [2] 31/24 34/20
I'll [5] 25/4 32/7 32/11 32/14 32/15
I'm [13] 6/20 8/5 9/7 11/1 11/3 11/18 12/10 13/18 20/12 21/3 23/12 23/22 36/3
I've [6] 5/5 5/18 8/4 8/8 34/23 35/2
immediate [1] 36/15
immediately [1] 35/23
imposed [4] 24/24 36/5 37/12 37/24
imprisoned [4] 37/16 37/19 37/21 37/23
imprisonment [10] 23/25 24/17 36/18 36/21 36/23 37/1 37/14 37/14 37/17 37/24
in [75]
Inc [3] 16/10 18/8 30/16
including [1] 34/15
INCORPORATED [6] 1/10 2/6 2/21 4/6 9/15 31/11
incorrect [1] 6/11
independent [2] 30/3 31/15
INDEX [2] 3/1 3/8
indicate [2] 6/13 30/2
indicated [1] 12/24
indicates [1] 7/25
indict [2] 17/16 17/23
indicted [8] 17/22 18/2 18/4 18/15 18/23 19/7 19/15 19/18
indictment [12] 1/14 4/3 11/2 11/2 17/5 17/8 17/10 17/12 17/14 17/25 19/16 19/24
individual [5] 23/13 23/23 24/7 32/24 34/18
individually [2] 2/5 2/20 4/16 8/1 17/3 18/7
individuals [1] 2/2
induce [1] 18/23
informant [3] 37/3 37/4 37/5
information [13] 9/10 9/19 10/3 13/11 13/13

17/7 17/10 18/2 20/14 30/12 30/17 30/22 31/4
informed [1] 31/12
initial [8] 1/14 4/3 4/21 6/22 6/23 9/1 9/8 25/16
ink [1] 5/23
innocent [1] 26/25
inquiries [1] 36/2
instead [3] 7/5 17/8 33/11
intent [2] 28/12 29/7
intentionally [1] 28/8 28/15 29/3
interest [1] 39/13
interstate [2] 28/13 29/8
intimidate [2] 37/4 37/5
intimidation [1] 37/7
investigation [1] 37/2
involve [1] 37/7
is [68]
isn't [1] 8/6
issuance [1] 36/15

**J**

James [1] 30/8
January [1] 29/2
January 28th [1] 29/2
JEHANGIRI [5] 2/2 4/9 6/14 32/23 34/9
JEREMY [2] 2/2 4/8
JILL [5] 1/23 39/4 39/17 39/18 39/21
joined [2] 28/15 28/18
jointly [2] 24/9 24/19
JUDGE [1] 1/16
Junction [1] 29/12
jurisdiction [1] 26/10
juror [1] 37/5
jurors [1] 17/18
jury [17] 17/5 17/11 17/15 17/15 17/17 17/22 17/25 18/4 18/15 18/24 19/7 19/15 19/19 23/16 26/24 26/25 27/15
just [10] 6/8 7/2 8/5 18/2 21/21 27/20 30/7 32/18 35/15 35/16

**K**

Kaplan [2] 2/18 4/18
KAREN [1] 1/15
killing [2] 37/8 37/8
KIM [8] 2/22 4/13 15/6 18/12 18/20 19/4 19/12 31/2
kind [1] 23/17
knew [1] 28/18
knowing [1] 31/14
knowingly [2] 19/25 37/9

**L**

Lardner [2] 2/7 4/15
LASERLITH [15] 1/8 2/9 2/25 4/5 4/11 5/6 5/20 6/10 6/24 9/13 9/23 13/22 14/25 30/22 31/9
last [4] 11/24 11/25 12/15 13/8

later [2] 20/7 28/17
law [6] 2/6 2/10 2/14 2/17 35/21 36/25
lawyer [9] 10/8 10/9 10/9 10/16 18/4 18/6 21/2 21/9 27/2
lawyers [2] 27/5 32/1
least [2] 17/17 17/18
left [1] 30/9
legible [1] 5/10
less [1] 37/18
let [1] 31/24
letters [2] 32/18 32/20
LI [2] 2/9 4/11
LI-MING [2] 2/9 4/11
life [1] 37/14
like [5] 5/20 12/5 23/15 31/24 32/13
listen [1] 17/23 32/14
listening [1] 17/19
little [2] 9/7 33/13
LLP [3] 2/7 2/10 2/18
local [3] 2/16 4/18 35/21
long [1] 7/7
longer [1] 15/2
look [1] 25/4
looked [1] 5/2
lose [2] 23/14 23/18
loud [1] 9/19
Low [1] 29/12
Low-Cost [1] 29/12
lower [2] 25/18 25/22
LUSKEY [3] 2/13 4/13 8/23

**M**

made [7] 7/21 17/17 18/23 19/25 22/5 32/2 32/8
mail [1] 39/21
maintain [1] 36/1
make [13] 7/12 10/17 10/18 10/19 10/20 13/4 21/21 27/13 27/24 32/2 32/25 35/17 36/13
makes [1] 36/25
making [1] 20/8
marked [1] 3/9
material [2] 28/10 29/6
matter [2] 4/4 34/7
matters [1] 4/22
max [1] 8/13
maximum [11] 7/5 7/22 7/25 8/14 23/20 23/25 24/1 24/12 24/17 24/18 24/23
mean [2] 15/25 15/25
means [2] 28/10 29/5
medical [2] 12/24 12/13
medication [3] 12/20 12/21 12/25
medicine [1] 13/7
members [1] 16/5
merely [1] 22/13
Merit [1] 39/5
met [1] 35/4
MICHAEL [2] 2/9 4/11
MicroAssembly [1] 29/9
might [2] 25/11 33/1

MING [2] 2/9 4/11
minute [1] 30/7
misdemeanor [2] 36/22 37/22
Mission [1] 2/11
mistakes [1] 31/25
Mm [1] 21/24
Mm-hmm [1] 21/24
Monday [1] 33/14
money [3] 10/8 28/9 29/5
more [24] 5/9 7/2 12/11 17/18 22/15 23/25 24/1 24/3 24/6 28/6 33/1 36/21 36/23 37/7 37/15 37/15 37/16 37/18 37/18 37/19 37/20 37/21 37/22 37/23
morning [2] 33/22 33/23
move [1] 11/1
MR [3] 2/2 2/6 2/20
Mr. [27] 4/24 5/8 5/11 6/14 7/24 8/1 8/23 10/1 11/5 16/9 17/3 18/5 18/16 18/25 19/8 23/12 23/22 26/2 28/25 30/11 32/23 34/8 34/9 34/12 34/15 34/22 35/16
Mr. Carlucci [2] 5/11 34/22
Mr. Jehangiri [3] 6/14 32/23 34/9
Mr. Luskey [1] 8/23
Mr. Tang [21] 4/24 5/8 7/24 8/1 10/1 11/5 16/9 17/3 18/5 18/16 18/25 19/8 23/12 23/22 26/2 28/25 30/11 34/8 34/12 34/15 35/16
MS [3] 1/23 2/22 2/24
Ms. [12] 13/19 15/6 18/10 18/12 18/18 18/20 19/2 19/4 19/10 19/12 30/21 31/2
Ms. Chao [5] 18/10 18/18 19/2 19/10 30/21
Ms. Cho [1] 13/19
Ms. Kim [6] 15/6 18/12 18/20 19/4 19/12 31/2
much [1] 5/9
Multi [1] 29/12
Multi-Junction [1] 29/12
myself [1] 33/12

**N**

name [4] 11/5 11/6 11/15 11/16
Nano [1] 29/10
NANOSYSTEMS [12] 1/9 2/13 2/23 4/5 4/13 6/16 7/21 9/14 15/14 15/24 31/3 31/10
narcotics [1] 12/17
NASA [1] 29/11
nature [1] 31/13
necessary [1] 27/4
need [5] 10/12 14/4 33/1 34/7 35/7
needing [1] 33/3

**N**

needs [2]  5/23 7/20
neither [1]  34/12
next [2]  31/19 32/6
nor [2]  39/12 39/12
Notary [1]  39/6
note [2]  4/7 38/8
noted [2]  6/16 6/20
nothing [5]  11/12 12/11
14/10 15/11 38/13
noting [1]  34/14
November [2]  32/4
32/22
November 26 [1]  32/22
November 5th [1]  32/4
number [1]  35/25
numbered [1]  29/11

**O**

o'clock [1]  33/25
oath [4]  11/8 14/4 15/7
20/5
objections [4]  25/8 32/1
32/3 32/8
obstruct [1]  37/1
obtain [1]  36/9
October [1]  32/5
October 22nd [1]  32/5
offense [4]  35/20 36/19
37/13 37/17
offenses [4]  23/11 26/22
31/16 31/18
offers [1]  22/20
office [5]  2/2 17/7 17/9
23/16 25/5
officer [9]  2/21 2/23
2/24 13/24 14/12 14/17
15/13 16/10 37/5
officers [2]  16/4 16/21
Official [1]  39/4
old [2]  11/17 11/19
once [2]  32/10 32/25
one [12]  6/4 6/24 7/2 7/7
8/4 27/3 32/24 34/7
34/14 35/4 36/23 37/23
ongoing [1]  16/15
only [7]  6/24 9/16 14/24
16/24 23/13 23/23 26/2
open [8]  3/2 4/1 6/20
7/14 19/16 19/24 35/6
38/9
opportunity [1]  32/12
oral [1]  8/17
orally [2]  8/5 21/22
order [5]  1/18 20/2
34/25 36/16 38/7
original [8]  5/1 5/5 5/6
5/7 5/12 5/19 5/23 8/4
originals [2]  5/9 5/18
Orrick [1]  2/14
others [1]  34/13
out [9]  9/19 25/17 25/21
26/4 28/9 28/14 29/13
30/7 35/7
outcome [1]  39/13
over [6]  4/21 11/3 23/20
26/10 31/23 35/16
overstates [1]  6/12

**P**

own [3]  10/8 10/16 23/6

p.m [4]  3/2 3/7 4/1 38/18
P.O [1]  2/3
Pages [1]  39/8
paid [4]  6/12 8/9 34/14
34/15
Panels [1]  29/12
paragraph [1]  7/25
parole [2]  26/3 26/5
part [3]  20/3 27/9 29/19
participate [1]  28/8
participated [1]  29/4
parties [3]  6/23 8/18
39/11
passport [3]  35/3 36/9
36/10
pay [2]  24/8 24/19
payable [1]  24/22
penalties [8]  8/14 14/9
15/9 23/21 24/13 24/24
37/6 38/5
penalty [1]  11/10
pending [2]  20/14 34/8
period [4]  23/25 24/3
24/6 24/17
perjury [4]  11/11 14/9
15/10 20/8
person [3]  14/24 16/24
17/21
personally [1]  4/25
persons [2]  17/18 28/6
persuade [1]  22/7
Phillips [3]  1/23 2/18
39/19
Photovoltaic [1]  29/12
physician [2]  12/9 12/11
pills [1]  13/8
Plaintiff [2]  1/6 2/2
plans [1]  31/19
plea [33]  1/14 1/19 3/4
4/4 4/23 5/1 5/4 5/20
6/11 6/13 6/21 6/25 7/8
20/3 21/7 21/8 21/14
21/14 22/1 22/1 22/6
22/7 22/12 22/13 22/15
22/20 23/14 23/21 26/7
26/23 27/18 29/19 30/5
plead [8]  23/1 23/18
24/13 26/21 30/12 30/16
30/21 31/4
pleading [2]  23/6 23/11
pleas [5]  31/12 31/13
31/14 31/14 31/17
please [7]  4/7 11/8 14/6
14/8 15/6 30/11 31/2
portion [1]  3/5
PORTIONS [1]  1/18
position [4]  14/19 15/21
16/13 34/9
possess [1]  23/16
possible [4]  23/20 32/3
33/10 38/4
posted [1]  38/3
prefer [1]  33/23
prepared [1]  25/5
present [3]  2/20 17/15
27/14

presentence [4]  25/4
31/20 34/20 34/21
president [6]  14/3 14/20
15/22 16/14 18/7 30/16
presumed [1]  26/25
pretenses [2]  28/11
29/6
pretrial [1]  36/20
previously [1]  12/3
Principal [2]  2/21 2/23
prior [3]  7/11 8/9 34/21
prison [4]  24/1 24/2
24/6 26/4
probable [2]  17/12
17/20
probation [3]  25/5 31/20
34/21
problem [1]  13/6
proceed [1]  18/1
proceeding [1]  27/6
proceedings [5]  3/1
10/21 34/19 36/4 38/18
processing [1]  38/8
proffered [1]  35/2
promises [4]  18/22 22/5
28/11 29/7
promptly [1]  36/2
property [4]  28/9 28/10
29/5 29/5
proposal [1]  29/11
proposed [1]  34/25
prosecuted [1]  37/11
prosecution [2]  20/7
36/17
prove [6]  27/1 27/16
27/25 28/4 29/1 29/17
proven [1]  28/20
provided [4]  5/5 11/3
13/11 13/12
psychiatric [1]  12/19
psychiatrist [4]  12/9
12/12 12/22 13/4
public [3]  1/13 23/15
39/6
punishable [3]  36/25
37/13 37/17
punishment [1]  37/12
purpose [1]  28/19
purposes [1]  33/2
pursuant [2]  1/18 34/11

**Q**

questions [4]  11/4
13/19 20/6 20/13

**R**

raise [3]  11/9 14/6 15/6
RANDALL [1]  2/13
Randy [1]  4/12
range [7]  25/6 25/6
25/10 25/17 25/22 26/9
32/9
rather [2]  32/18 33/22
reached [2]  28/6 28/16
read [7]  4/24 9/19 21/9
29/21 31/24 32/20 34/23
reading [2]  9/19 9/21
realize [1]  23/17
Realtime [1]  39/5

reason [2]  19/17 25/18
reasonable [5]  27/1
27/17 28/4 28/21 29/1
receive [2]  20/13 38/1
received [1]  12/17
recently [3]  12/8 12/14
12/17
recommendation [1]
34/24
recommendations [2]
22/13 22/14
recommends [1]  32/16
record [4]  4/7 8/7 8/13
8/21
redacted [1]  3/5
reflect [1]  6/21
reflected [2]  7/8 8/21
reflects [2]  6/18 8/6
refunded [1]  6/17
regard [19]  3/3 4/22
5/19 6/10 7/21 7/24 9/8
9/12 16/9 17/2 20/4
23/24 24/15 24/16 28/1
28/21 28/25 30/15 34/8
Registered [1]  39/5
regular [1]  36/1
reject [1]  22/14
relative [2]  39/10 39/12
release [9]  24/3 24/5
35/22 36/16 36/20 37/9
37/10 38/5 38/7
released [2]  34/8 35/18
rely [1]  34/20
remitted [1]  37/10
report [7]  25/4 25/7 25/9
31/20 31/22 31/23 34/20
Reporter [6]  1/23 39/2
39/5 39/5 39/6 39/18
reports [4]  31/24 31/25
32/1 32/4
represent [3]  10/9 21/15
27/5
representation [1]  21/1
representations [2]
28/11 29/6
require [1]  37/10
required [2]  10/17 36/4
respect [1]  35/3
respond [1]  36/2
restitution [4]  6/11 24/8
24/19 34/16
RESTRICTED [1]  1/19
result [3]  23/14 36/14
36/18 36/20 38/2
retained [1]  10/11
retaliate [2]  37/3 37/3
retaliation [1]  37/6
return [1]  17/11
returned [1]  17/5
review [1]  25/8
reviewed [2]  5/18 30/1
revocation [2]  24/7
36/16
revoked [1]  24/6
right [29]  5/25 10/8 11/9
14/5 15/7 16/2 16/6 17/4
17/6 18/3 18/15 18/23
19/6 19/15 19/18 23/15
23/15 23/16 23/16 26/8

26/12 26/16 26/21 26/24
27/2 27/6 27/9 27/10
35/14
rights [5]  23/15 23/18
27/19 28/10 29/5
risk [2]  34/13 34/13
RMR [2]  1/23 39/18
Robbins [1]  4/18
Robins [1]  2/18
role [1]  30/15
rule [1]  32/8

**S**

said [1]  21/22
same [2]  7/20 33/24
sample [1]  36/8
San [3]  2/8 2/11 2/15
satisfied [2]  20/25 21/3
say [4]  10/19 14/21
32/15 36/3
saying [1]  13/19
says [1]  35/8
scheduled [1]  4/2
scheme [4]  28/9 28/14
29/4 29/14
school [1]  11/21
SCHREIER [1]  1/15
SD [4]  1/24 2/3 2/19
39/20
sdd.uscourts.gov [1]
39/21
seated [4]  11/14 30/20
31/1 31/7
secretary [1]  14/22
see [2]  27/7 38/16
seeing [1]  12/22
seeking [1]  34/10
sense [2]  32/25
sentence [11]  22/15
25/3 25/18 25/21 26/8
32/16 36/5 36/20 36/24
37/11 38/1
sentenced [3]  24/2 24/5
26/4
sentencing [9]  1/19
25/11 25/20 25/21 32/7
32/10 32/19 32/21 34/9
separate [3]  8/2 33/3
33/3
September [1]  1/10
serious [1]  37/7
seriously [1]  34/18
serve [2]  23/16 37/10
served [1]  27/12
service [1]  36/5
serving [1]  29/10
set [3]  25/21 33/10
39/14
severally [2]  24/9 24/20
severely [1]  22/16
shall [7]  35/20 35/23
36/1 36/4 36/5 36/7 36/9
should [10]  8/3 10/7
10/17 11/7 19/15 19/18
25/18 32/16 32/23 34/8
sic [1]  7/23
side [1]  27/11
sign [4]  6/1 8/23 19/15
35/5

**S**

**signature [6]**  5/7 5/19 5/21 5/24 6/4 6/5
**signatures [3]**  4/24 5/3 5/9
**signed [4]**  19/24 21/7 21/10 38/9
**significantly [1]**  37/7
**signs [1]**  6/4
**since [1]**  8/6
**SINE [1]**  2/24
**Sioux [6]**  1/8 1/24 2/3 2/19 35/7 39/20
**SKY [19]**  1/10 2/5 2/21 4/6 4/15 4/23 4/25 5/8 7/24 8/13 9/14 9/20 12/4 16/9 16/10 18/8 29/10 30/16 31/10
**some [7]**  12/24 13/18 20/12 23/14 28/14 28/17 29/13
**something [1]**  21/22
**sorry [1]**  11/18
**sounds [1]**  12/5
**SOUTH [6]**  1/2 1/8 28/5 29/2 35/8 39/2
**SOUTHERN [2]**  1/3 39/3
**speak [4]**  12/5 32/11 32/13 32/14
**special [11]**  7/6 7/22 7/25 8/2 8/4 8/6 8/9 8/10 24/10 24/21 34/14
**spectators [1]**  30/9
**spots [1]**  6/8
**stage [1]**  27/6
**stand [6]**  11/8 14/7 14/8 15/6 30/11 31/2
**STANDING [1]**  1/18
**start [2]**  10/19 33/13
**state [3]**  14/22 35/8 35/21
**statement [5]**  10/18 10/19 20/8 29/21 29/22
**statements [4]**  10/18 10/20 29/20 30/2
**STATES [10]**  1/1 1/5 1/16 4/4 4/9 31/9 34/10 39/1 39/4 39/19
**statute [2]**  7/7 25/21
**stay [1]**  30/8
**stays [1]**  27/16
**Ste [2]**  2/7 2/18
**step [3]**  28/14 29/13 30/7
**still [4]**  12/22 16/15 16/17 28/17
**stop [1]**  10/18
**Street [3]**  2/7 2/11 2/15
**subcontractor [1]**  29/10
**subject [1]**  35/18
**submit [1]**  32/18
**submitted [1]**  25/7
**subpoenas [1]**  27/12
**such [1]**  39/12
**supervised [2]**  24/3 24/5
**supplement [5]**  21/8 21/15 22/1 22/7 22/13
**supplements [1]**  30/5

**support [1]**  32/18
**supported [1]**  31/15
**sure [8]**  5/17 8/5 9/3 21/21 27/24 32/2 35/17 36/13
**surrender [6]**  36/5 36/9 37/10 37/12 37/25 38/2
**Sutcliffe [1]**  2/14
**system [1]**  26/3

**T**

**table [3]**  5/5 5/9 5/13
**take [1]**  34/7
**talked [2]**  18/3 18/6
**tamper [1]**  37/2
**tampering [1]**  37/6
**TANG [32]**  1/8 2/5 2/20 4/5 4/16 4/23 4/24 5/8 7/24 8/1 9/16 9/21 10/1 11/5 11/6 11/16 16/9 17/3 18/5 18/16 18/25 19/8 23/12 23/22 26/2 28/25 30/11 31/9 34/8 34/12 34/15 35/16
**telephone [1]**  35/25
**tell [5]**  11/23 15/7 26/24 27/14 31/19
**ten [3]**  36/21 36/25 37/16
**term [5]**  36/21 36/23 37/14 37/17 37/24
**terms [2]**  21/25 22/12
**testify [3]**  27/10 27/13 27/14
**testimony [4]**  11/11 14/9 15/10 39/14
**thank [11]**  4/20 5/17 7/19 7/20 9/5 9/24 15/5 16/7 16/8 34/4 38/15
**Thanks [1]**  9/6
**them [10]**  13/16 21/10 26/10 27/7 27/13 31/25 32/18 35/4 35/17 35/18
**therefore [1]**  31/17
**these [2]**  17/8 35/17
**thing [4]**  7/2 8/6 25/4 32/6
**things [2]**  9/7 26/11
**think [12]**  5/6 6/8 6/10 6/12 7/11 9/6 11/2 32/23 32/25 33/2 34/11 34/25
**THOMAS [2]**  2/6 4/14
**thought [1]**  27/11
**threats [1]**  18/22
**three [11]**  6/9 9/12 10/1 10/10 12/13 12/15 17/2 24/3 24/15 28/1 33/3
**Tim [1]**  4/17
**time [9]**  4/2 10/19 25/10 28/16 28/17 28/18 32/24 33/2 34/11
**times [1]**  32/24
**TIMOTHY [1]**  2/17
**today [5]**  13/5 15/24 23/2 27/18 38/11
**today's [1]**  34/21
**took [1]**  34/18
**transcript [3]**  1/13 39/7 39/8

**TRANSCRIPTS [1]**  1/19
**travel [2]**  33/10 33/12
**treated [1]**  13/3
**treatment [1]**  12/16
**trial [7]**  26/24 26/24 27/5 27/19 28/1 28/3 29/17
**trials [1]**  33/14
**tribal [1]**  35/21
**true [2]**  14/14 39/7
**truth [11]**  11/11 11/12 11/12 14/9 14/10 14/10 15/8 15/10 15/11 15/11 29/22
**try [1]**  22/7
**Tuesdays [1]**  33/13
**two [9]**  6/8 6/23 9/11 14/16 24/6 26/11 28/6 34/14 37/21
**type [1]**  12/20

**U**

**U.S [6]**  2/2 17/7 17/9 18/1 34/21 35/24
**U.S.C [1]**  36/8
**under [9]**  7/6 11/10 12/9 12/10 14/8 15/9 20/5 25/19 32/9
**understand [27]**  10/2 10/4 10/21 12/6 13/4 13/14 13/16 14/11 18/14 20/5 21/23 21/25 22/16 24/12 24/23 25/25 25/23 26/5 26/12 26/17 27/20 27/25 28/20 29/15 35/17 36/13 38/4
**understanding [4]**  28/7 28/16 28/18 28/19
**understandings [1]**  21/16
**UNITED [10]**  1/1 1/5 1/16 4/4 4/9 31/8 34/10 38/19 39/4 39/19
**unless [6]**  7/16 17/10 17/11 26/8 26/11 27/10
**up [6]**  17/17 26/11 27/10 27/19 34/7 36/25
**used [7]**  10/20 10/21 20/7 27/15 28/13 29/8 29/8
**using [1]**  28/12
**usual [1]**  12/11
**usually [1]**  33/13

**V**

**valuable [1]**  23/14
**version [1]**  9/5
**very [1]**  12/1
**victim [3]**  37/2 37/4 37/5
**Victims [2]**  24/11 24/22
**violate [3]**  24/4 36/14 38/5
**violation [1]**  35/20
**voluntarily [5]**  19/25 27/10 28/8 28/15 29/3
**voluntary [1]**  31/14
**vote [1]**  23/15

**W**

**waive [10]**  9/18 9/21

**17/5 17/10 17/14 17/25 18/23 19/6 19/14 19/18**
**waived [4]**  9/22 9/23 19/9 26/8
**waiver [6]**  1/14 4/3 11/1 11/2 19/16 19/24
**waivers [1]**  19/25
**waiving [1]**  18/3
**WALLACE [10]**  1/8 2/5 2/20 4/5 4/16 9/16 9/21 11/6 11/16 31/9
**want [10]**  8/5 9/19 17/3 20/19 21/21 27/24 32/2 35/12 35/16 36/9 35/25
**wanted [4]**  4/21 7/14 23/20 31/19
**wants [1]**  38/10
**warrant [1]**  36/15
**way [1]**  23/1
**week [1]**  32/19
**well [2]**  8/8 34/24
**what's [2]**  13/5 34/9
**whatever [2]**  32/15 35/9
**WHEREOF [1]**  39/14
**whether [1]**  34/8
**while [3]**  28/17 35/21 36/19
**who [4]**  9/25 25/8 27/11 32/13
**whole [3]**  11/11 14/10 15/10
**why [3]**  6/21 19/17 25/18
**willing [2]**  9/18 19/14
**wire [13]**  9/11 9/17 23/24 24/16 28/2 28/7 28/13 29/8 29/30 30/13 30/18 30/23 31/5
**wish [2]**  19/6 19/9
**withdraw [1]**  22/15
**without [1]**  22/14
**witness [3]**  37/2 37/4 37/5
**witnesses [3]**  27/7 27/11 27/12
**wondering [1]**  5/1
**WONG [2]**  2/9 4/11
**work [1]**  33/17
**worked [1]**  11/25
**working [1]**  12/3
**worth [1]**  34/13
**write [1]**  31/20
**writing [2]**  21/23 35/24
**written [1]**  22/6

**Y**

**year [2]**  36/23 37/23
**years [17]**  11/24 12/1 12/13 12/14 13/16 23/25 24/3 24/6 24/18 36/21 37/1 37/15 37/16 37/17 37/18 37/19 37/21
**Yep [3]**  5/15 35/10 35/11