# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - JLS | Court Reporter – Jill Connelly |
| Courtroom - SF #2 | Date – January 14, 2019 |
| U.S. Probation Officer – Brent Hubers | |

### 4:18-CR-40100-01, 03, 04, 05

| | |
|---|---|
| United States of America | Jeremy Jehangiri |
| Plaintiff, | |
| vs. | |
| Wallace Tang (01) | Tim Billion, Thomas Carlucci |
| Laserlith Corporation (03) | Tim Billion, Noah Stern |
| Black Hills Nanosystems Corporation (04) | Tim Billion, Randall Luskey |
| Blue Sky Engineering, Incorporated (05) | Tim Billion, Thomas Carlucci |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 9:00 AM

TIME:

8:57 AM    Enter contested sentencing before the Hon. Karen E. Schreier, United States District Judge, Sioux Falls, SD. Counsel state their appearances for the record. Defendant Tang, individually and as executive corporate principal and officer for Blue Sky Engineering, Inc.

**Black Hills Nanosystems Corporation (04)**
The Court confirms that defense counsel has had the opportunity to review the PSR with their client.

Counsel agree to the applicable Total Offense Level, Criminal History Category, and Advisory Guideline Ranges.

Counsel for the Defendant addresses the Court before sentencing.
Counsel for the USA addresses the Court before sentencing.

The Court states the sentence to be imposed and states the reasons therefore:

**18-40100-04** Count 1: $400 special assessment; fine is waived; restitution in the amount of $1,084,418.60 joint and several with Laserlith Corporation, Blue Sky Engineering, Incorporated, and Wallace Tang.

Neither counsel sees any reason why the sentence cannot be imposed as stated.

Defendant's counsel notified of appeal rights and understands these rights.

### Laserlith Corporation (03)
The Court confirms that defense counsel has had the opportunity to review the PSR with their clients.

Counsel agree to the applicable Total Offense Level, Criminal History Category, and Advisory Guideline Ranges.

Counsel for the Defendant addresses the Court before sentencing.
Counsel for the USA addresses the Court before sentencing

The Court states the sentence to be imposed and states the reasons therefore:
**18-40100-03** Count 1:  $400 special assessment; fine is waived; restitution in the amount of $1,084,418.60 joint and several with Black Hills Nanosystems Corporation, Blue Sky Engineering, Incorporated, and Wallace Tang.

Neither counsel sees any reason why the sentence cannot be imposed as stated.

Defendant's counsel notified of appeal rights and understands these rights.

### Blue Sky Engineering, Incorporated (05)
The Court confirms that defense counsel has had the opportunity to review the PSR with their clients.

Counsel agree to the applicable Total Offense Level, Criminal History Category, and Advisory Guideline Ranges.

Counsel for the Defendant addresses the Court before sentencing.
Counsel for the USA addresses the Court before sentencing

The Court states the sentence to be imposed and states the reasons therefore:
**18-40100-05** Count 1: $400 special assessment; fine is waived; restitution in the amount of $1,084,418.60 joint and several with Black Hills Nanosystems Corporation, Laserlith Corporation, and Wallace Tang.

Neither counsel sees any reason why the sentence cannot be imposed as stated.

Defendant's counsel notified of appeal rights and understands these rights.

**Wallace Tang (01)**
The Court confirms that defense counsel has had the opportunity to review the PSR with their clients.

The Court rules on objections.

Counsel agree to the applicable Total Offense Level, Criminal History Category, and Advisory Guideline Ranges.

The Court notes the documents reviewed prior to sentencing.

Counsel for the Defendant addresses the Court before sentencing.
Defendant addresses the Court.
Counsel for the USA addresses the Court before sentencing.

The Court states the sentence to be imposed and states the reasons therefore:
**18-40100-01** Count 2: 2 years' probation; $100 special assessment; fine is waived; restitution in the amount of $1,084,418.60 joint and several with Black Hills Nanosystems Corporation, Laserlith Corporation, and Blue Sky Engineering, Incorporated.

Neither counsel sees any reason why the sentence cannot be imposed as stated.

Defendant notified of appeal rights and understands these rights.

9:36 AM        Court in recess.