1                    UNITED STATES DISTRICT COURT

2                     DISTRICT OF SOUTH DAKOTA

3                        SOUTHERN DIVISION
     *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
4                                  Case No. 4:18-CR-40100-01,
                                        -03, -04, -05
5

6    UNITED STATES OF AMERICA,

7                          Plaintiff,

8        -vs-

9

10   WALLACE TANG,
     LASERLITH CORPORATION,
11   BLACK HILLS NANOSYSTEMS CORPORATION,
     BLUE SKY ENGINEERING, INCORPORATED,

12                         Defendants.

13

14
                                   U.S. Federal Courthouse
15                                 Sioux Falls, SD
                                   January 14, 2019
16                                 9:00 a.m.
     *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
17                      PUBLIC TRANSCRIPT OF
                        SENTENCING HEARING
18
        (PURSUANT TO STANDING ORDER 16-04, PORTIONS OF ALL
19   CHANGE OF PLEA AND SENTENCING TRANSCRIPTS ARE RESTRICTED)
     *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
20

21   BEFORE:   The Honorable Karen E. Schreier
               U.S. District Court Judge
22             Sioux Falls, SD

23   APPEARANCES:

24   Mr. Jeremy R. Jehangiri
     U.S. Attorney's Office
25   PO Box 2638
     Sioux Falls, SD 57101-2638
                        for the Plaintiff

```
 1    APPEARANCES:  (Continued)

 2


 3    Mr. Timothy W. Billion
      Robins Kaplan LLP
 4    140 North Phillips Avenue, Suite 307
      Sioux Falls, SD 57104
 5                      local counsel for all defendants

 6

 7    Mr. Thomas F. Carlucci
      Foley & Lardner LLP
 8    555 California Street, Suite 1700
      San Francisco, CA 94104
 9                      for Defendants Wallace Tang and
                        Blue Sky Engineering, Incorporated

10

11    Mr. Noah F. Stern
      Gibson, Dunn & Crutcher LLP
12    1881 Page Mill Road
      Palo Alto, CA 94304
13                      for Defendant Laserlith Corporation

14    Mr. Randall S. Luskey
      Orrick, Herrington & Sutcliffe
15    405 Howard Street
      San Francisco, CA 94105
16                      for Defendant Black Hills Nanosystems
                        Corporation

17

18

19    PRESENT:  Defendant Wallace Tang

20

21

22

23

24

25
```

```
1              * * * * *  JANUARY 14, 2019  * * * * *

2          (In open court, all counsel and Defendant Wallace

3      Tang present, at 9:00 a.m.)

4              THE COURT:  This is the time scheduled for a

5      sentencing in the matters entitled United States of

6      America vs. Black Hills Nanosystems Company, Laserlith

7      Company, Blue Sky Engineering, and Wallace Tang.

8              Would counsel please note their appearances

9      for the record?

10             MR. JEHANGIRI:  Good morning, Your Honor.

11     Jeremy Jehangiri on behalf of the United States.

12             MR. CARLUCCI:  Good morning, Your Honor.

13     Thomas Carlucci on behalf of Blue Sky and

14     Wallace Tang.

15             MR. LUSKY:  Good morning, Your Honor.

16     Randy Lusky on behalf of Black Hills Nanosystems.

17             MR. STERN:  Good morning, Your Honor.

18     Noah Stern on behalf of Laserlith Corporation.

19             MR. BILLION:  Good morning, Your Honor.

20     Tim Billion, from Robins Kaplan, on behalf of all

21     Defendants.

22             THE COURT:  I thought I would do the

23     sentencings for Black Hills Nanosystems, Laserlith

24     Company, and Blue Sky Engineering first, and then do

25     the sentencing for Mr. Tang last.
```

```
 1                  So Black Hills Nanosystems Company.
 2      Mr. Lusky, did you have a chance to review the
 3      Presentence Report with your client?
 4                  MR. LUSKY:  I did, Your Honor.
 5                  THE COURT:  And there were no objections?
 6                  MR. LUSKY:  We have no objections.
 7                  THE COURT:  Under the report, there is no
 8      total offense level and no criminal history category.
 9                  The defendant could be put on probation for
10      a period of one to five years.  The fine range is
11      $1.8 million to $3,421,136.
12                  Restitution has been requested in the amount
13      of $1,084,418.60, and there's a $400 special
14      assessment.  Do you agree?
15                  MR. LUSKY:  We do, Your Honor.
16                  THE COURT:  And the government had no
17      objections.  Is that correct?
18                  MR. JEHANGIRI:  That's correct.
19                  THE COURT:  Mr. Lusky, would you like to
20      speak on behalf of your client?
21                  MR. LUSKY:  Just briefly, Your Honor.
22                  I'll just make one point, which is that when
23      the Court considers the history of the defendant here
24      under the 3553(a) factors, I think it's important to
25      note that one part of the story that's not told in the
```

1   information and the offense conduct, which really

2   focuses on the 2012 to 2015 or '16 period, is that

3   there was a chapter before that in the life of

4   Black Hills, and that is in 2008 to 2012.

5           It was a company that set out to do the

6   right thing.  It was a company in those years that, as

7   a small business, was employing upwards of 12 people

8   here in South Dakota.  The PSR makes mention of that

9   in Paragraph 15.

10          It was a company that was doing real

11  scientific work, real R&D for agencies like the DOD

12  during that four-year period, 2008 to 2012, in

13  South Dakota, working with the South Dakota School of

14  Mines with South Dakota employees.

15          Then that all changed.  In September of 2012

16  funding dried up, and, admittedly, as detailed in the

17  PSR, the company retreated to California.  A lot of

18  the work was done there.  The company downsized here

19  in South Dakota.  And mistakes were made with respect

20  to redundant work and description of place of work and

21  all the items that are described in the PSR.

22          But I think it's important to consider,

23  because it makes this case somewhat unlike other

24  government contracting fraud cases, where you have

25  companies that really never had any intent to do the

1  right thing.  It was a true scam.  They were just

2  stealing government money and not doing any work.

3  Here work was being done.

4         The last thing I'll say, with respect to the

5  fine, we don't think any is warranted just because

6  full restitution has been paid.  The company has been

7  shut down since late 2016.  It has no income.  Every

8  dollar that it made, it spent on R&D and employees'

9  salaries.  But we'd defer to the court's judgment on

10  that point.

11         So with that, Your Honor, submitted.

12         THE COURT:  Mr. Jehangiri?

13         MR. JEHANGIRI:  Your Honor, I just have

14  brief comments with regard to some of the history.

15         I have no dispute with the history of the

16  case leading up to about 2012.  That's when things

17  went to a different realm.  That's why we're here in

18  federal criminal court.

19         About 2012 earmarks dried up.  When the

20  earmarks dried up, the process by which companies

21  applied to the federal government to obtain money went

22  through this SBIR process and STTR process.  In that

23  process was when the fraud started taking place.

24         At the same time employees started being

25  shifted from South Dakota and elsewhere throughout the

1    country back to California, and representations and

2    certifications were then submitted to the government

3    to obtain federal funds with these falsities embedded

4    throughout all of these proposals.

5         Regardless of what company we're talking

6    about, they are all one entity, one umbrella under

7    Microassembly.

8         So they all sat in one similar room, cutting

9    the same letterhead, all working on similar projects,

10   but it all happened when the appropriations and the

11   manner in which these companies obtained money from

12   the federal government changed, and they had to go

13   through a more arduous, more I guess detail-oriented

14   process through this SBIR process.  In doing so,

15   that's when the certifications were being submitted on

16   behalf of Black Hills and the others.

17        The parties here have arrived at I think a

18   very favorable to all sides arrangement or plea

19   agreement.

20        One, the restitution was paid in full at the

21   plea hearing.  I think that inures strongly in favor

22   of Black Hills Nanosystems' acceptance of

23   responsibility.

24        I'm not going to reiterate this every time

25   we're talking about each corporation, but all of them

came to the table.  It was a very transparent-type

process, but they accepted responsibility.

The corporate representative behind

Black Hills Nanosystems, Gina Kim, she's going to

enter into a pretrial diversion.

Likewise, with Laserlith's representative,

and I'll say the same thing about that individual.

They accepted responsibility, paid restitution in

full, and I think that inures greatly to their

benefit.

I leave to the court the issue of a fine.

I'm somewhat caught in kind of a weird query here, in

that I'm not sure that we can fine -- a fine is

applicable against a corporation that no longer

exists.  I don't even know how you'd collect.

I think this investigation shut down, in

large part, I think Black Hills Nanosystems and

Laserlith and Blue Sky Engineering -- MicroAssembly,

while we're still trying to serve those folks, that's

a whole another story -- but they're not even

operating.

So I don't know that a fine could be

imposed.  I couldn't find any authority to do

something like that.  The corporations, none of these

corporations and companies are in existence.  There

1    isn't a mandatory fine.

2         So I think the restitution, as attributable

3    and paid in full, Black Hills Nanosystems' portion of

4    the restitution that was paid was $421,926.60.

5         As the Court knows, we're going to make

6    distributions.  I'd ask that the judgment, with regard

7    to Black Hills Nanosystems, reflects each federal

8    agency victim's loss, and for purposes of the record,

9    that loss, or the portion, that is, of the restitution

10    from the $1,084,418.60, I would ask that the judgment

11    reflect that National Science Foundation receive

12    $812,656.00, that NASA receive $124,942.77, and the

13    Department of Energy receive $146,819.83.

14         That's all I have, Your Honor.

15         THE COURT:  Mr. Jehangiri, you mentioned

16    earmarks.  Is there someone from our legislative

17    delegation that was pushing for an earmark?

18         MR. JEHANGIRI:  I think earmarks were

19    obtained from the delegation, federal delegation from

20    South Dakota.  I want to say Senator Johnson's office

21    was approached historically as an office that got an

22    earmark on behalf of these corporations to do work in

23    South Dakota.

24         Now, that predates the date of the

25    conspiracy.  That's when things were, I think, flush

1      and robust.

2              There's no dispute that each of these

3      companies, whether it was in South Dakota or

4      elsewhere, up until the time the conspiracy started,

5      they were doing actual work.  They were doing actual

6      work even when the criminal conduct initiated.  They

7      were doing real work, real science.

8              THE COURT:  They just weren't doing the work

9      according to their application.

10             MR. JEHANGIRI:  Right.  And as painfully

11     detailed in the Information and the factual basis

12     statements, that's where the fraud was taking place.

13             But, yes, I think Senator Johnson's office

14     was an office that was approached and actually

15     obtained earmarks on behalf of at least one of these

16     corporations.

17             THE COURT:  Thank you.  Mr. Lusky, do you

18     know anything more about the earmarks?

19             MR. LUSKY:  I do, Your Honor.  I can confirm

20     it was, in fact, Senator Johnson's office, and I've

21     seen documents showing the interaction with that

22     office during that time period.

23             THE COURT:  Thank you.  And the earmarks

24     quit because of a change in policy within Congress

25     that they no longer were doing earmarks?

1          MR. LUSKY:  I believe that's exactly right.

2     I don't know the details of that, but I believe it was

3     a congressional change.

4          THE COURT:  So after considering all of the

5     evidence, everything that was included within the

6     presentence report, I've decided that the amount of

7     restitution that the parties agreed on, a little over

8     a million, is the appropriate amount of restitution

9     here.

10          It's very seldom that I see entities come

11     forward and pay all of the restitution before

12     sentencing, so I think that that shows full

13     acceptance, full cooperation, and an acknowledgment

14     that things were done correctly in the past, and after

15     2012 things weren't done properly.

16          But from everything that I know about the

17     case, it indicates to me that the contracts initially

18     were set up for a good, valid purpose, that really

19     good science and good work was done as part of those

20     contracts.

21          Unfortunately, when the climate changed in

22     Congress, the parties didn't adjust what their

23     applications were.

24          I do also want to note with regard to

25     Black Hills Nanosystems Corporation, that the report

1     did verify that at the peak of the work, there were 12

2     employees actually working here in South Dakota.

3              So after considering all of that, I find

4     that there will be no fine.  The main reason for that

5     is that the corporation no longer exists, and there's

6     no entity to impose a fine on.

7              But, also, in light of the facts of this

8     case, and the fact that although there were some

9     falsities within the applications, the work was still

10    being done, and it wasn't a total fraud or sham.

11             Normally I would have the client stand at

12    this time to impose the sentence.  Mr. Lusky, since

13    you are the one here, you get to stand.

14             MR. LUSKY:  My first time, Your Honor.

15             THE COURT:  Based on the constitutional and

16    statutory authority vested in this Court, it's the

17    judgment of the Court that Black Hills Nanosystems

18    Corporation is hereby ordered to pay restitution to

19    National Science Foundation in the amount of

20    $812,656.00, National Aeronautics and Space

21    Administration in the amount of $129,942.77, and the

22    Department of Energy in the amount of $146,819.83, for

23    a total of $1,084,418.60.

24             The restitution will be paid joint and

25    several with Laserlith Corporation, Blue Sky

1    Engineering, Incorporated, and William Tang.

2           It is further ordered that you must pay to

3    the United States a special assessment of $400, which

4    is due immediately.

5           Mr. Lusky, are you aware of any reason why

6    the sentence can't be imposed as I stated?

7           MR. LUSKY:  I am not, Your Honor.

8           MR. CARLUCCI:  Your Honor, just for the

9    record, you said William Tang.  I assume you meant

10   Wallace Tang.

11          THE COURT:  Yes.  Thank you.  With that

12   correction, the judgment will be imposed as I stated.

13          And if you think a mistake was made, the

14   notice of appeal would have to be filed with the Clerk

15   of Courts Office within 14 days.  Under the plea

16   agreement, you probably gave up the right to appeal

17   because I sentenced within the range.

18          Do you understand that?

19          MR. LUSKY:  We do, Your Honor.

20          THE COURT:  You can be seated then.

21          MR. LUSKY:  Thank you, Your Honor.

22          THE COURT:  Then the attorney for Laserlith

23   Corporation.

24          MR. STERN:  Your Honor, Noah Stern.

25          THE COURT:  Thank you.  I had a different

1    name written down for the attorney, so I appreciate

2    you letting me know.

3              Mr. Stern, did you have a chance to review

4    the presentence report with your client?

5              MR. STERN:  Yes, Your Honor.

6              THE COURT:  And there were no objections?

7              MR. STERN:  No objections, Your Honor.

8              THE COURT:  And the government had no

9    objections?

10             MR. JEHANGIRI:  No objections, Judge.

11             THE COURT:  There is not an applicable total

12   offense level or criminal history level.  The

13   probationary period could be one to five years.

14             The fine range is $1.8 million to

15   $3,421,136.00.  Restitution has been requested in the

16   amount of $1,084,418.60, and there's a $400 special

17   assessment.

18             Counsel, do you both agree?

19             MR. JEHANGIRI:  Yes, Your Honor.

20             MR. STERN:  Yes, Your Honor.

21             MR. COURT:  Mr. Stern, would you like to

22   speak on behalf of your client?

23             MR. STERN:  Yes, Your Honor, just very

24   briefly.

25             I think all of the discussion with respect

```
 1      to Black Hills is also applicable to Laserlith.

 2                  Laserlith was a real corporation doing work

 3      in North Dakota.  It had many employees in

 4      North Dakota.  Laserlith also has paid restitution

 5      in full.

 6                  For all of the reasons mentioned by

 7      Mr. Lusky and Mr. Jehangiri, we don't think that a

 8      fine is warranted or really applicable in this case.

 9                  THE COURT:  Thank you.  Mr. Jehangiri, did

10      you want to add anything?

11                  MR. JEHANGIRI:  Your Honor, I would

12      incorporate the comments that I had previously with

13      respect to Black Hills Nanosystems.  They apply here

14      equally to Laserlith Corporation.

15                  The representative, corporate

16      representative, Sine Chao, much like Gina Kim, took

17      individual responsibility insofar as they signed a

18      statement of facts -- these are additional things that

19      I neglected to say.

20                  They each signed a factual basis statement

21      individually and are in negotiations currently on the

22      civil side of things, too.  I want the Court to know

23      that.  They're going to be signing an identical

24      statement of facts with regard to their pretrial

25      diversion.  So it's all out there.
```

1          Sine Chao, the corporate representative who

2     pled guilty on behalf of Laserlith, and Gina Kim, both

3     signed those statement of facts as far as our plea

4     agreement negotiations, and it just goes to show you

5     how seriously they've taken this matter.

6          For that, Your Honor, I would incorporate

7     all the same numbers and recommendations to Laserlith

8     as I did with Black Hills.

9          THE COURT:  Laserlith also accepted

10    responsibility early.  They paid their share of the

11    restitution in full before the change of plea.

12         It is no longer a corporation.  It's been

13    defunct since November of 2015.  They were a valid and

14    viable corporation prior to that, and they had

15    employees in North Dakota.

16         I should mention that all of the entities

17    that I'm sentencing today were involved in really

18    valuable scientific work prior to the point that they

19    started having financial problems.

20         So because Laserlith has fully accepted

21    responsibility and paid the restitution in full and

22    has been cooperative, I am not going to impose a fine.

23         Mr. Stern, if you would please stand, I'm

24    going to state the sentence, but I won't impose it

25    until counsel has had an opportunity to state any

1    objections.

2            Based on the constitutional and statutory

3    authority vested in this Court, it's the judgment of

4    the Court that Laserlith Corporation is hereby ordered

5    to pay restitution to the National Science Foundation

6    in the amount of $812,656.00, the National Aeronautics

7    and Space Administration in the amount of $124,942.77,

8    and the Department of Energy in the amount of

9    $146,819.83, for a total amount of $1,084,418.60.

10           The restitution will be paid joint and

11   several with Black Hills Nanosystems Corporation,

12   Blue Sky Engineering, Incorporated, and Wallace Tang.

13           It is further ordered that you must pay to

14   the United States a special assessment of $400, which

15   is due immediately.

16           Mr. Stern, are you aware of any reason why

17   the sentence can't be imposed as I stated?

18           MR. STERN:  No, Your Honor.

19           THE COURT:  Mr. Jehangiri?

20           MR. JEHANGIRI:  No, Your Honor.

21           THE COURT:  Then the sentence will be so

22   imposed.  You may be seated.

23           MR. STERN:  Thank you, Your Honor.

24           THE COURT:  Mr. Stern, if you would let your

25   client know that if they are going to appeal, they

```
 1   need to file the notice of appeal within 14 days from
 2   today with the Clerk of Courts Office.  They probably
 3   don't have the right to appeal because of the
 4   provision in the plea agreement.
 5            Do you understand that?
 6            MR. STERN:  Yes, Your Honor.
 7            THE COURT:  So next will be the matter
 8   dealing with Blue Sky Engineering, Incorporated.
 9            Mr. Carlucci, did you have a chance to
10   review the presentence report with your client?
11            MR. CARLUCCI:  I did, Your Honor.
12            THE COURT:  And there were no objections?
13            MR. CARLUCCI:  There were no objections.
14            THE COURT:  And the government had no
15   objections?
16            MR. JEHANGIRI:  No, Your Honor.
17            THE COURT:  The total offense level and
18   criminal history category are not applicable.
19            The advisory guideline range, probation is
20   an option for one to five years.  The fine range is
21   $1.8 million to $3,421,136.00.
22            Restitution has been requested in the amount
23   of $1,084,418.60, and there's a $400 special
24   assessment.
25            Counsel, do you both agree?
```

```
 1              MR. JEHANGIRI:  Yes, Your Honor.

 2              MR. CARLUCCI:  Yes, Your Honor.

 3              THE COURT:  Mr. Carlucci, did you want to

 4     speak on behalf of Blue Sky Engineering?

 5              MR. CARLUCCI:  Very briefly, Your Honor.

 6              I join in the comments of my colleagues for

 7     Black Hills and Laserlith, as well as the government,

 8     and as well as the comments made by the Court.

 9              I have nothing further to add, Your Honor.

10              MR. JEHANGIRI:  I have nothing to add,

11     Your Honor.

12              THE COURT:  Blue Sky also no longer exists,

13     although I failed to write down the date when they

14     became defunct.

15              It did do really important scientific work,

16     including microelectromechanical systems, microchips,

17     modules, boards, solar cells, substations.  It was

18     organized in North Dakota.

19              It has fully paid the restitution that was

20     owed prior to the change of plea sentencing.  So I see

21     no reason to impose a fine, because the corporation no

22     longer exists, and it accepted full responsibility by

23     repaying the amounts that were owed prior to the

24     change of plea.

25              So, Mr. Carlucci, if you would please stand.
```

```
 1              MR. CARLUCCI:  Your Honor, do you want
 2    Mr. Tang to stand, as well, since he's the corporate
 3    representative?
 4              THE COURT:  Sure.
 5              MR. CARLUCCI:  Thank you.
 6              THE COURT:  Based on the constitutional and
 7    statutory authority vested in this court, it's the
 8    judgment of the Court that Blue Sky Engineering,
 9    Incorporated, is hereby ordered to pay restitution to
10    the National Science Foundation in the amount of
11    $812,656.00, National Aeronautics and Space
12    Administration in the amount of $124,942.77, and the
13    Department of Energy in the amount of $146,819.83, for
14    a total amount of $1,084,418.60.
15              The restitution will be paid joint and
16    several with Laserlith Corporation, Black Hills
17    Nanosystems Corporation, and Wallace Tang.
18              It is further ordered that you must pay to
19    the United States a special assessment of $400, which
20    is due immediately.
21              Counsel, are either of you aware of any
22    reason why the sentence can't be imposed as I stated?
23              MR. JEHANGIRI:  No, Your Honor.
24              MR. CARLUCCI:  No, Your Honor.
25              THE COURT:  Then it will be so imposed, and
```

1    you can be seated.

2              And the plea agreement contained a waiver of

3    the right to appeal unless the Court sentenced the

4    defendant above the advisory guideline range.  I did

5    not do that, so the client probably does not have the

6    right to appeal.

7              But if they think they do and they want to

8    pursue it, they need to file the notice of appeal

9    within 14 days from today with the Clerk of Courts.

10             Do you understand that?

11             MR. CARLUCCI:  We understand that,

12   Your Honor.  Thank you.

13             THE COURT:  And, finally, the sentencing

14   dealing with Mr. Tang.

15             Mr. Carlucci, you asked for some amendments

16   to the report to be made, and those were made.  It

17   appears there aren't any further objections.  Is that

18   correct?

19             MR. CARLUCCI:  That's correct, Your Honor.

20             THE COURT:  And the government had no

21   objections?

22             MR. JEHANGIRI:  That's correct.

23             THE COURT:  Under the report, the total

24   offense level was determined to be a 9, and the

25   defendant is in criminal history category I.

```
1              The advisory guideline range for sentencing

2     is 4 to 10 months in custody.  The defendant is in

3     Zone B.  Supervised release is one to three years.

4     The probationary term is one to five years.

5              The fine range is $2,000 to $20,000.

6     Restitution has been requested in the amount of

7     $1,084,418.60, and there's a $100 special assessment.

8              Counsel, do you both agree?

9              MR. JEHANGIRI:  Yes, Your Honor.

10             MR. CARLUCCI:  Yes, Your Honor.

11             THE COURT:  Mr. Carlucci, would you like to

12    speak on behalf of your client?

13             MR. CARLUCCI:  I would, Your Honor.

14             THE COURT:  And before you do that, I wanted

15    to note that I did read some letters that were

16    submitted on his behalf; letters from Daniel Trojan,

17    the president of Trojan Industries, a letter from

18    Tin Le, D.W. Chen, Stephen Sherman, Maisy Tang, and

19    Daniel Hyman, and June Udell.

20             Anything else I should have reviewed that I

21    haven't identified?

22             MR. CARLUCCI:  No, Your Honor.

23             THE COURT:  Now if you'd like to speak on

24    behalf of your client.

25             MR. CARLUCCI:  Thank you, Your Honor.
```

1                   Your Honor, Mr. Tang has lived a life

2       without any trouble prior to this incident.

3                   I think it's fair to say that this has been

4       an extraordinarily traumatic experience for him.

5       He'll talk about that in a moment.

6                   Obviously he's here.  He's sorry for the

7       conduct.  He's learned his lesson.

8                   As the government has made clear, he's

9       cooperated with the government in its investigation

10      and took responsibility.  He worked hard with his

11      colleagues to come up with the restitution.

12                  He's in the process of trying to put his

13      life back together.

14                  I think that I can't say it any better.

15      I'll let Mr. Tang say it for himself.

16                  Thank you, Your Honor.

17                  THE COURT:  Mr. Tang, did you want to say

18      anything?

19                  DEFENDANT TANG:  Yes.  Your Honor, I made a

20      horrible mistake.  I am truly sorry for what I did.

21      The consequences of my mistake have been something

22      that I could never ever have imagined.

23                  The company that my former colleagues and I

24      worked so hard to build for 15 years suddenly

25      collapsed.  Many of the ex-employees made it many

1    months before they found another job.

2           I personally had a mental breakdown, which

3    caused me to have a horrible accident in 2015.  The

4    physical damage to my body took five surgical

5    procedures and more than two years to recover from.

6           What is more unfortunate, however, having

7    the consequences to my friends and to my family.

8           I lost one friend, who started this business

9    with me, and he probably committed suicide.  He had

10   two six-year-old daughters.  Sorry.  To this date, I

11   am still not sure if he took his life.

12          The stress of what happened also caused my

13   divorce in 2016.  The same stress may have caused my

14   ex-wife to live with a permanent medical condition

15   that required more than six hours of surgery in 2017.

16          I will have to live with these consequences

17   for the rest of my life.

18          I still have nightmares almost every night

19   about what happened, and I will never forget what

20   happened.

21          I am very, very sorry, and this will never

22   happen again.  Thank you.

23          THE COURT:  Thank you.  Mr. Jehangiri?

24          MR. JEHANGIRI:  Your Honor, as a matter of

25   just the procedural history here, this case started

1    out and I contacted counsel.  Mr. Carlucci, I think

2    immediately, expressed his client's desire to resolve

3    this in a manner that I think has been established,

4    and the product of that is here today.

5            I think Mr. Tang's acceptance of

6    responsibility inures to his benefit.  I know he's

7    pled guilty to a federal felony.  That is no laughing

8    matter.  He paid restitution in full.  But all of this

9    took place pre-indictment.

10           Also, I think his conduct and acceptance of

11   responsibility inures to the benefit of Gina Kim and

12   Sine Chao.

13           I think Mr. Tang stepping up to the plate

14   and accepting his role as the head of these

15   corporations, or this one corporation that had many

16   sort of tentacles or many umbrellas, if you will, and

17   operated throughout South Dakota and elsewhere, I

18   think that brought this case to where we are today.

19           It's a serious matter.  He pled guilty to

20   wire fraud.  I think we fashioned a plea that will

21   allow the Court to impose, and I recommend, a term of

22   probation consistent with the terms of the plea

23   agreement.

24           I think as far as punitive measures, I leave

25   it to the Court to impose a fine within the range.

1          Mr. Tang has accepted responsibility, again,

2     pre-indictment.  I think that is a rarity.

3          But I think his ability to take those steps,

4     to accept responsibility, not only on behalf of

5     himself and his corporation and his piece of this, but

6     also I think it saved a long, prolonged legal battle

7     for the others that were involved.

8          Whether they were witnesses or just pawns in

9     the scheme when the fraud took place, this would have

10    been a long legal battle.

11         So the resources that were saved all should

12    insure to Mr. Tang's benefit at sentencing here today.

13         The same numbers apply with regard to

14    restitution on behalf of each of the corporations.  I

15    would ask the Court to impose that -- it's already

16    been paid -- and to please reflect that in the

17    judgment for each of the three federal victim

18    agencies.

19              That's all I have, Your Honor.

20              THE COURT:  Thank you.

21         Mr. Tang, I can tell you that, particularly

22    in fraud cases, it is not very often that I see

23    someone who comes in and accepts responsibility

24    immediately and tries to make amends as best as you

25    can.

1    As a result, there was a pre-indictment

2    plea.  I hardly ever see that in a fraud case.

3    Usually people in a fraud think they can

4    talk their way out of it, that they can convince

5    somebody that what they did was really not fraud, that

6    it was really legitimate.

7    So to me, the fact that you accepted full

8    responsibility right away and wanted to resolve

9    things, without the government going through a lot of

10   work, is incredible.

11   You are an incredibly bright man who was

12   trying to use your intellectual capability to make the

13   world better for all of us.  It's unfortunate that

14   this all had to happen, that you lost the funding in

15   the manner that it had been received in the past, and

16   that that impacted the research that you were trying

17   to do.

18   I'm sorry that you lost your friend.  I can

19   tell, by your reaction to what happened and how it

20   impacted you personally, that it had a very

21   significant impact on you, also.  I just hope that

22   you're able to move forward now and start rebuilding.

23   Because you have accepted full

24   responsibility and have paid back over a million

25   dollars in restitution, I am not going to impose a

fine.  I'm not going to impose additional restitution above what you've already paid.

You're in a Zone B category under the guidelines, so the four to ten months custody range is something that could be served in home detention.

But based on the fact that you are in criminal history category I, you're 54 years old, this is really the first crime that you've committed, I don't really see any reason why I should put you in home detention.

I'm just going to put you on probation, without a home detention requirement.

In light of the fact I'm not imposing a fine, though, I do want you to do some community service.  I'm going to have you do 80 hours of community service, and have that done within a six-month time period.

You have also requested permission to travel outside of the United States while you're on probation.  I'm going to direct to the probation office that I will approve any out-of-the-country travel that you need to do.

If you would please stand, I'm going to state the sentence, but I won't impose it until counsel has had an opportunity to state any

```
 1    objections.

 2              Based on the constitutional and statutory

 3    authority vested in this Court, it's the judgment of

 4    the Court that the defendant, Wallace Tang, is hereby

 5    placed on probation for a term of two years.

 6              While you're on probation, you must not

 7    commit another federal, state, or local crime.

 8              You must not unlawfully possess a controlled

 9    substance.

10              Mandatory drug testing is suspended, because

11    I think you pose a low risk of future substance abuse.

12              You will need to cooperate in the collection

13    of DNA.

14              You must comply with the standard conditions

15    that have been adopted by this court and the following

16    special conditions:

17              You must complete 80 hours of community

18    service work at the direction of the United States

19    Probation Office, which needs to be completed within

20    six months of today.

21              You must pay restitution to the National

22    Science Foundation in the amount of $812,656.00, the

23    National Aeronautics and Space Administration in the

24    amount of $124,942.77, and the Department of Energy in

25    the amount of $146,819.83, for a total of
```

1    $1,084,418.60.

2          The restitution will be paid joint and

3    several with Laserlith Corporation, Black Hills

4    Nanosystems Corporation, and Blue Sky Engineering,

5    Incorporated.

6          It is further ordered that you must pay to

7    the United States a special assessment of $100, which

8    is due immediately.

9          Counsel, are either of you aware of any

10   reason why the sentence can't be imposed as I stated?

11         MR. JEHANGIRI:  No, Your Honor.

12         MR. CARLUCCI:  No, Your Honor.

13         THE COURT:  Then it will be so imposed.  You

14   may be seated.

15         Mr. Tang, in your plea agreement you gave up

16   the right to appeal unless I sentenced you higher than

17   your advisory guideline range.  I sentenced you below

18   that range, so you probably do not have the right to

19   appeal.

20         But if you think I made a mistake and you

21   want to have another court review what I did, you

22   would need to file a notice of appeal within 14 days

23   from today with the Clerk of Courts Office.

24         Do you understand that?

25         THE DEFENDANT:  Yes, I understand,

1    Your Honor.

2            THE COURT:  I did want everybody to be aware

3    of the fact that the reason I did not impose any fines

4    or sentence Mr. Tang to custody isn't because I don't

5    think this is a serious crime.  I do think it is

6    serious.

7            But I am just really impressed by the fact

8    that the parties were all able to pay over a million

9    dollars in restitution and had that paid and accepted

10   full responsibility early on.

11           Anything further from either side?

12           MR. JEHANGIRI:  No, Your Honor.

13           MR. CARLUCCI:  No, Your Honor.

14           MR. STERN:  No, Your Honor.

15           MR. LUSKY:  No, Your Honor.

16           MR. BILLION:  No, Your Honor.

17           THE COURT:  We'll be adjourned.

18           (End of proceedings at 9:36 a.m.)

19

20

21

22

23

24

25

1    UNITED STATES DISTRICT COURT
     DISTRICT OF SOUTH DAKOTA  :SS  CERTIFICATE OF REPORTER
2    SOUTHERN DIVISION

3

4            I, Jill M. Connelly, Official United States
     District Court Reporter, Registered Merit Reporter,
     Certified Realtime Reporter, and Notary Public, hereby
5    certify that the above and foregoing transcript is the
     true, full, and complete transcript of the
6    above-entitled case, consisting of Pages 1 - 31.

7            I further certify that I am not a relative or
     employee or attorney or counsel of any of the parties
8    hereto, nor a relative or employee of such attorney or
     counsel, nor do I have any interest in the outcome or
9    events of the action.

10           IN TESTIMONY WHEREOF, I have hereto set my
     hand this 26th day of February, 2019.
11

12                    /s/ Jill M. Connelly
                 _____
13

                 Jill M. Connelly, RMR, CRR
14               Federal Court Reporter
                 United States Courthouse
15               400 S. Phillips Avenue
                 Sioux Falls, SD 57104
16               Phone:  (605) 330-6669
                 E-mail:  Jill_Connelly@sdd.uscourts.gov
17

18

19

20

21

22

23

24

25

**$**

**$1,084,418.60** [9] -
4:13, 9:10, 12:23,
14:16, 17:9, 18:23,
20:14, 22:7, 30:1
**$100** [2] - 22:7, 30:7
**$124,942.77** [4] -
9:12, 17:7, 20:12,
29:24
**$129,942.77** [1] -
12:21
**$146,819.83** [5] -
9:13, 12:22, 17:9,
20:13, 29:25
**$2,000** [1] - 22:5
**$20,000** [1] - 22:5
**$3,421,136** [1] - 4:11
**$3,421,136.00** [2] -
14:15, 18:21
**$400** [6] - 4:13, 13:3,
14:16, 17:14, 18:23,
20:19
**$421,926.60** [1] - 9:4
**$812,656.00** [5] -
9:12, 12:20, 17:6,
20:11, 29:22

**'**

**'16** [1] - 5:2

**/**

**/s** [1] - 32:12

**0**

**03** [1] - 1:4
**04** [1] - 1:4
**05** [1] - 1:4

**1**

**1** [1] - 32:6
**1.8** [3] - 4:11, 14:14,
18:21
**10** [1] - 22:2
**12** [2] - 5:7, 12:1
**14** [6] - 1:15, 3:1,
13:15, 18:1, 21:9,
30:22
**140** [1] - 2:4
**15** [2] - 5:9, 23:24
**16-04** [1] - 1:18
**1700** [1] - 2:7

**1881** [1] - 2:11

**2**

**2008** [2] - 5:4, 5:12
**2012** [7] - 5:2, 5:4,
5:12, 5:15, 6:16, 6:19,
11:15
**2015** [3] - 5:2, 16:13,
24:3
**2016** [2] - 6:7, 24:13
**2017** [1] - 24:15
**2019** [3] - 1:15, 3:1,
32:10
**2638** [1] - 1:24
**26th** [1] - 32:10

**3**

**307** [1] - 2:4
**31** [1] - 32:6
**330-6669** [1] - 32:16
**3553(a** [1] - 4:24

**4**

**4** [1] - 22:2
**400** [1] - 32:15
**405** [1] - 2:15
**4:18-CR-40100-01**
[1] - 1:4

**5**

**54** [1] - 28:7
**555** [1] - 2:7
**57101-2638** [1] - 1:25
**57104** [2] - 2:4, 32:15

**6**

**605** [1] - 32:16

**8**

**80** [2] - 28:15, 29:17

**9**

**9** [1] - 21:24
**94104** [1] - 2:8
**94105** [1] - 2:15
**94304** [1] - 2:12
**9:00** [2] - 1:16, 3:3
**9:36** [1] - 31:18

**A**

**a.m** [3] - 1:16, 3:3,
31:18
**ability** [1] - 26:3
**able** [2] - 27:22, 31:8
**above-entitled** [1] -
32:6
**abuse** [1] - 29:11
**accept** [1] - 26:4
**acceptance** [4] -
7:22, 11:13, 25:5,
25:10
**accepted** [9] - 8:2,
8:8, 16:9, 16:20,
19:22, 26:1, 27:7,
27:23, 31:9
**accepting** [1] - 25:14
**accepts** [1] - 26:23
**accident** [1] - 24:3
**according** [1] - 10:9
**acknowledgment** [1]
- 11:13
**action** [1] - 32:9
**actual** [2] - 10:5
**add** [3] - 15:10, 19:9,
19:10
**additional** [2] -
15:18, 28:1
**adjourned** [1] -
31:17
**adjust** [1] - 11:22
**Administration** [4] -
12:21, 17:7, 20:12,
29:23
**admittedly** [1] - 5:16
**adopted** [1] - 29:15
**advisory** [4] - 18:19,
21:4, 22:1, 30:17
**Aeronautics** [4] -
12:20, 17:6, 20:11,
29:23
**agencies** [2] - 5:11,
26:18
**agency** [1] - 9:8
**agree** [4] - 4:14,
14:18, 18:25, 22:8
**agreed** [1] - 11:7
**agreement** [7] - 7:19,
13:16, 16:4, 18:4,
21:2, 25:23, 30:15
**ALL** [1] - 1:18
**allow** [1] - 25:21
**almost** [1] - 24:18
**Alto** [1] - 2:12
**amendments** [1] -
21:15
**amends** [1] - 26:24
**AMERICA** [1] - 1:6

**America** [1] - 3:6
**amount** [20] - 4:12,
11:6, 11:8, 12:19,
12:21, 12:22, 14:16,
17:6, 17:7, 17:8, 17:9,
18:22, 20:10, 20:12,
20:13, 20:14, 22:6,
29:22, 29:24, 29:25
**amounts** [1] - 19:23
**AND** [1] - 1:19
**appeal** [11] - 13:14,
13:16, 17:25, 18:1,
18:3, 21:3, 21:6, 21:8,
30:16, 30:19, 30:22
**APPEARANCES** [2] -
1:22, 2:1
**appearances** [1] -
3:8
**applicable** [5] - 8:14,
14:11, 15:1, 15:8,
18:18
**application** [1] - 10:9
**applications** [2] -
11:23, 12:9
**applied** [1] - 6:21
**apply** [2] - 15:13,
26:13
**appreciate** [1] - 14:1
**approached** [2] -
9:21, 10:14
**appropriate** [1] -
11:8
**appropriations** [1] -
7:10
**approve** [1] - 28:21
**arduous** [1] - 7:13
**ARE** [1] - 1:19
**arrangement** [1] -
7:18
**arrived** [1] - 7:17
**assessment** [8] -
4:14, 13:3, 14:17,
17:14, 18:24, 20:19,
22:7, 30:7
**assume** [1] - 13:9
**attorney** [4] - 13:22,
14:1, 32:7, 32:8
**Attorney's** [1] - 1:24
**attributable** [1] - 9:2
**authority** [5] - 8:23,
12:16, 17:3, 20:7,
29:3
**Avenue** [2] - 2:4,
32:15
**aware** [5] - 13:5,
17:16, 20:21, 30:9,
31:2

**B**

**based** [5] - 12:15,
17:2, 20:6, 28:6, 29:2
**basis** [2] - 10:11,
15:20
**battle** [2] - 26:6,
26:10
**became** [1] - 19:14
**BEFORE** [1] - 1:20
**behalf** [17] - 3:11,
3:13, 3:16, 3:18, 3:20,
4:20, 7:16, 9:22,
10:15, 14:22, 16:2,
19:4, 22:12, 22:16,
22:24, 26:4, 26:14
**behind** [1] - 8:3
**below** [1] - 30:17
**benefit** [4] - 8:10,
25:6, 25:11, 26:12
**best** [1] - 26:24
**better** [2] - 23:14,
27:13
**Billion** [2] - 2:3, 3:20
**BILLION** [2] - 3:19,
31:16
**BLACK** [1] - 1:10
**Black** [21] - 2:16, 3:6,
3:16, 3:23, 4:1, 5:4,
7:16, 7:22, 8:4, 8:17,
9:3, 9:7, 11:25, 12:17,
15:1, 15:13, 16:8,
17:11, 19:7, 20:16,
30:3
**Blue** [12] - 2:9, 3:7,
3:13, 3:24, 8:18,
12:25, 17:12, 18:8,
19:4, 19:12, 20:8,
30:4
**BLUE** [1] - 1:11
**boards** [1] - 19:17
**body** [1] - 24:4
**Box** [1] - 1:24
**breakdown** [1] - 24:2
**brief** [1] - 6:14
**briefly** [3] - 4:21,
14:24, 19:5
**bright** [1] - 27:11
**brought** [1] - 25:18
**build** [1] - 23:24
**business** [2] - 5:7,
24:8

**C**

**CA** [3] - 2:8, 2:12,
2:15
**California** [3] - 2:7,

5:17, 7:1
 **capability** [1] - 27:12
 **Carlucci** [8] - 2:6,
3:13, 18:9, 19:3,
19:25, 21:15, 22:11,
25:1
 **CARLUCCI** [17] -
3:12, 13:8, 18:11,
18:13, 19:2, 19:5,
20:1, 20:5, 20:24,
21:11, 21:19, 22:10,
22:13, 22:22, 22:25,
30:12, 31:13
 **case** [9] - 5:23, 6:16,
11:17, 12:8, 15:8,
24:25, 25:18, 27:2,
32:6
 **Case** [1] - 1:4
 **cases** [2] - 5:24,
26:22
 **category** [5] - 4:8,
18:18, 21:25, 28:3,
28:7
 **caught** [1] - 8:12
 **caused** [3] - 24:3,
24:12, 24:13
 **cells** [1] - 19:17
 **CERTIFICATE** [1] -
32:1
 **certifications** [2] -
7:2, 7:15
 **Certified** [1] - 32:4
 **certify** [2] - 32:5,
32:7
 **chance** [3] - 4:2,
14:3, 18:9
 **change** [5] - 10:24,
11:3, 16:11, 19:20,
19:24
 **CHANGE** [1] - 1:19
 **changed** [3] - 5:15,
7:12, 11:21
 **Chao** [3] - 15:16,
16:1, 25:12
 **chapter** [1] - 5:3
 **Chen** [1] - 22:18
 **civil** [1] - 15:22
 **clear** [1] - 23:8
 **Clerk** [4] - 13:14,
18:2, 21:9, 30:23
 **client** [10] - 4:3, 4:20,
12:11, 14:4, 14:22,
17:25, 18:10, 21:5,
22:12, 22:24
 **client's** [1] - 25:2
 **climate** [1] - 11:21
 **collapsed** [1] - 23:25
 **colleagues** [3] -
19:6, 23:11, 23:23
 **collect** [1] - 8:15

**collection** [1] - 29:12
 **comments** [4] - 6:14,
15:12, 19:6, 19:8
 **commit** [1] - 29:7
 **committed** [2] - 24:9,
28:8
 **community** [3] -
28:14, 28:16, 29:17
 **companies** [5] -
5:25, 6:20, 7:11, 8:25,
10:3
 **company** [8] - 5:5,
5:6, 5:10, 5:17, 5:18,
6:6, 7:5, 23:23
 **Company** [4] - 3:6,
3:7, 3:24, 4:1
 **complete** [2] - 29:17,
32:5
 **completed** [1] -
29:19
 **comply** [1] - 29:14
 **condition** [1] - 24:14
 **conditions** [2] -
29:14, 29:16
 **conduct** [4] - 5:1,
10:6, 23:7, 25:10
 **confirm** [1] - 10:19
 **Congress** [2] -
10:24, 11:22
 **congressional** [1] -
11:3
 **Connelly** [3] - 32:3,
32:12, 32:13
 **consequences** [3] -
23:21, 24:7, 24:16
 **consider** [1] - 5:22
 **considering** [2] -
11:4, 12:3
 **considers** [1] - 4:23
 **consistent** [1] -
25:22
 **consisting** [1] - 32:6
 **conspiracy** [2] -
9:25, 10:4
 **constitutional** [4] -
12:15, 17:2, 20:6,
29:2
 **contacted** [1] - 25:1
 **contained** [1] - 21:2
 **Continued** [1] - 2:1
 **contracting** [1] -
5:24
 **contracts** [2] - 11:17,
11:20
 **controlled** [1] - 29:8
 **convince** [1] - 27:4
 **cooperate** [1] - 29:12
 **cooperated** [1] -
23:9
 **cooperation** [1] -

11:13
 **cooperative** [1] -
16:22
 **corporate** [4] - 8:3,
15:15, 16:1, 20:2
 **Corporation** [14] -
2:12, 2:16, 3:18,
11:25, 12:18, 12:25,
13:23, 15:14, 17:4,
17:11, 20:16, 20:17,
30:3, 30:4
 **CORPORATION** [2] -
1:10, 1:10
 **corporation** [9] -
7:25, 8:14, 12:5, 15:2,
16:12, 16:14, 19:21,
25:15, 26:5
 **corporations** [6] -
8:24, 8:25, 9:22,
10:16, 25:15, 26:14
 **correct** [5] - 4:17,
4:18, 21:18, 21:19,
21:22
 **correction** [1] -
13:12
 **correctly** [1] - 11:14
 **counsel** [13] - 2:5,
3:2, 3:8, 14:18, 16:25,
18:25, 20:21, 22:8,
25:1, 28:25, 30:9,
32:7, 32:8
 **country** [2] - 7:1,
28:21
 **court** [6] - 3:2, 6:18,
8:11, 20:7, 29:15,
30:21
 **COURT** [49] - 1:1,
3:14, 3:22, 4:5, 4:7,
4:16, 4:19, 6:12, 9:15,
10:8, 10:17, 10:23,
11:4, 12:15, 13:11,
13:20, 13:22, 13:25,
14:6, 14:8, 14:11,
14:21, 15:9, 16:9,
17:19, 17:21, 17:24,
18:7, 18:12, 18:14,
18:17, 19:3, 19:12,
20:4, 20:6, 20:25,
21:13, 21:20, 21:23,
22:11, 22:14, 22:23,
23:17, 24:23, 26:20,
30:13, 31:2, 31:17,
32:1
 **Court** [18] - 1:21,
4:23, 9:5, 12:16,
12:17, 15:22, 17:3,
17:4, 19:8, 20:8, 21:3,
25:21, 25:25, 26:15,
29:3, 29:4, 32:4,
32:14

**court's** [1] - 6:9
 **Courthouse** [2] -
1:14, 32:14
 **Courts** [4] - 13:15,
18:2, 21:9, 30:23
 **crime** [3] - 28:8,
29:7, 31:5
 **criminal** [7] - 4:8,
6:18, 10:6, 14:12,
18:18, 21:25, 28:7
 **CRR** [1] - 32:13
 **Crutcher** [1] - 2:11
 **custody** [3] - 22:2,
28:4, 31:4
 **cutting** [1] - 7:8

## D

**D.W** [1] - 22:18
 **DAKOTA** [2] - 1:2,
32:1
 **Dakota** [15] - 5:8,
5:13, 5:14, 5:19, 6:25,
9:20, 9:23, 10:3, 12:2,
15:3, 15:4, 16:15,
19:18, 25:17
 **damage** [1] - 24:4
 **Daniel** [2] - 22:16,
22:19
 **date** [3] - 9:24,
19:13, 24:10
 **daughters** [1] -
24:10
 **days** [4] - 13:15,
18:1, 21:9, 30:22
 **dealing** [2] - 18:8,
21:14
 **decided** [1] - 11:6
 **defendant** [4] - 4:9,
4:23, 21:4, 21:25,
22:2, 29:4
 **DEFENDANT** [2] -
23:19, 30:25
 **Defendant** [4] - 2:12,
2:16, 2:19, 3:2
 **Defendants** [3] -
1:12, 2:8, 3:21
 **defendants** [1] - 2:5
 **defer** [1] - 6:9
 **defunct** [2] - 16:13,
19:14
 **delegation** [3] - 9:17,
9:19
 **Department** [5] -
9:13, 12:22, 17:8,
20:13, 29:24
 **described** [1] - 5:21
 **description** [1] -
5:20

**desire** [1] - 25:2
 **detail** [1] - 7:13
 **detail-oriented** [1] -
7:13
 **detailed** [2] - 5:16,
10:11
 **details** [1] - 11:2
 **detention** [3] - 28:5,
28:10, 28:12
 **determined** [1] -
21:24
 **different** [2] - 6:17,
13:25
 **direct** [1] - 28:20
 **direction** [1] - 29:18
 **discussion** [1] -
14:25
 **dispute** [2] - 6:15,
10:2
 **distributions** [1] -
9:6
 **DISTRICT** [4] - 1:1,
1:2, 32:1, 32:1
 **District** [2] - 1:21,
32:4
 **diversion** [2] - 8:5,
15:25
 **DIVISION** [2] - 1:3,
32:2
 **divorce** [1] - 24:13
 **DNA** [1] - 29:13
 **documents** [1] -
10:21
 **DOD** [1] - 5:11
 **dollar** [1] - 6:8
 **dollars** [2] - 27:25,
31:9
 **done** [6] - 5:18, 6:3,
11:14, 11:15, 11:19,
12:10, 28:16
 **down** [4] - 6:7, 8:16,
14:1, 19:13
 **downsized** [1] - 5:18
 **dried** [3] - 5:16, 6:19,
6:20
 **drug** [1] - 29:10
 **due** [4] - 13:4, 17:15,
20:20, 30:8
 **Dunn** [1] - 2:11
 **during** [2] - 5:12,
10:22

## E

**E-mail** [1] - 32:16
 **early** [2] - 16:10,
31:10
 **earmark** [2] - 9:17,
9:22

earmarks [8] - 6:19, 6:20, 9:16, 9:18, 10:15, 10:18, 10:23, 10:25
either [3] - 20:21, 30:9, 31:11
elsewhere [3] - 6:25, 10:4, 25:17
embedded [1] - 7:3
employee [2] - 32:7, 32:8
employees [6] - 5:14, 6:24, 12:2, 15:3, 16:15, 23:25
employees' [1] - 6:8
employing [1] - 5:7
End [1] - 31:18
Energy [5] - 9:13, 12:22, 17:8, 20:13, 29:24
ENGINEERING [1] - 1:11
Engineering [10] - 2:9, 3:7, 3:24, 8:18, 13:1, 17:12, 18:8, 19:4, 20:8, 30:4
enter [1] - 8:5
entities [2] - 11:10, 16:16
entitled [2] - 3:5, 32:6
entity [2] - 7:6, 12:6
equally [1] - 15:14
established [1] - 25:3
events [1] - 32:9
evidence [1] - 11:5
ex [2] - 23:25, 24:14
ex-employees [1] - 23:25
ex-wife [1] - 24:14
exactly [1] - 11:1
existence [1] - 8:25
exists [4] - 8:15, 12:5, 19:12, 19:22
experience [1] - 23:4
expressed [1] - 25:2
extraordinarily [1] - 23:4

**F**

fact [7] - 10:20, 12:8, 27:7, 28:6, 28:13, 31:3, 31:7
factors [1] - 4:24
facts [4] - 12:7, 15:18, 15:24, 16:3
factual [1] - 10:11,

15:20
failed [1] - 19:13
fair [1] - 23:3
Falls [5] - 1:15, 1:21, 1:25, 2:4, 32:15
falsities [2] - 7:3, 12:9
family [1] - 24:7
far [2] - 16:3, 25:24
fashioned [1] - 15:20
favor [1] - 7:21
favorable [1] - 7:18
February [1] - 32:10
Federal [2] - 1:14, 32:14
federal [9] - 6:18, 6:21, 7:3, 7:12, 9:7, 9:19, 25:7, 26:17, 29:7
felony [1] - 25:7
file [3] - 18:1, 21:8, 30:22
filed [1] - 13:14
finally [1] - 21:13
financial [1] - 16:19
fine [18] - 4:10, 6:5, 8:11, 8:13, 8:22, 9:1, 12:4, 12:6, 14:14, 15:8, 16:22, 18:20, 19:21, 22:5, 25:25, 28:1, 28:14
fines [1] - 31:3
first [3] - 3:24, 12:14, 28:8
five [5] - 4:10, 14:13, 18:20, 22:4, 24:4
flush [1] - 9:25
focuses [1] - 5:2
Foley [1] - 2:7
folks [1] - 8:19
following [1] - 29:15
foregoing [1] - 32:5
forget [1] - 24:19
former [1] - 23:23
forward [2] - 11:11, 27:22
Foundation [5] - 9:11, 12:19, 17:5, 20:10, 29:22
four [2] - 5:12, 28:4
four-year [1] - 5:12
Francisco [2] - 2:8, 2:15
fraud [10] - 5:24, 6:23, 10:12, 12:10, 25:20, 26:9, 26:22, 27:2, 27:3, 27:5
friend [2] - 24:8, 27:18
friends [1] - 24:7

full [15] - 6:6, 7:20, 8:9, 9:3, 11:12, 11:13, 15:5, 16:11, 16:21, 19:22, 25:8, 27:7, 27:23, 31:10, 32:5
fully [2] - 16:20, 19:19
funding [2] - 5:16, 27:14
funds [1] - 7:3
future [1] - 29:11

**G**

Gibson [1] - 2:11
Gina [4] - 8:4, 15:16, 16:2, 25:11
government [13] - 4:16, 5:24, 6:2, 6:21, 7:2, 7:12, 14:8, 18:14, 19:7, 21:20, 23:8, 23:9, 27:9
greatly [1] - 8:9
guess [1] - 7:13
guideline [4] - 18:19, 21:4, 22:1, 30:17
guidelines [1] - 28:4
guilty [3] - 16:2, 25:7, 25:19

**H**

hand [1] - 32:10
hard [2] - 23:10, 23:24
hardly [1] - 27:2
head [1] - 25:14
HEARING [1] - 1:17
hearing [1] - 7:21
hereby [5] - 12:18, 17:4, 20:9, 29:4, 32:4
hereto [2] - 32:8, 32:10
Herrington [1] - 2:14
higher [1] - 30:16
HILLS [1] - 1:10
Hills [21] - 2:16, 3:6, 3:16, 3:23, 4:1, 5:4, 7:16, 7:22, 8:4, 8:17, 9:3, 9:7, 11:25, 12:17, 15:1, 15:13, 16:8, 17:11, 19:7, 20:16, 30:3
himself [2] - 23:15, 26:5
historically [1] - 9:21
history [9] - 4:8, 4:23, 6:14, 6:15, 14:12, 18:18, 21:25,

24:25, 28:7
home [3] - 28:5, 28:10, 28:12
Honor [59] - 3:10, 3:12, 3:15, 3:17, 3:19, 4:4, 4:15, 4:21, 6:11, 6:13, 9:14, 10:19, 12:14, 13:7, 13:8, 13:19, 13:21, 13:24, 14:5, 14:7, 14:19, 14:20, 14:23, 15:11, 16:6, 17:18, 17:20, 17:23, 18:6, 18:11, 18:16, 19:1, 19:2, 19:5, 19:9, 19:11, 20:1, 20:23, 20:24, 21:12, 21:19, 22:9, 22:10, 22:13, 22:22, 22:25, 23:1, 23:16, 23:19, 24:24, 26:19, 30:11, 30:12, 31:1, 31:12, 31:13, 31:14, 31:15, 31:16
Honorable [1] - 1:20
hope [1] - 27:21
horrible [2] - 23:20, 24:3
hours [3] - 24:15, 28:15, 29:17
Howard [1] - 2:15
Hyman [1] - 22:19

**I**

identical [1] - 15:23
identified [1] - 22:21
imagined [1] - 23:22
immediately [6] - 13:4, 17:15, 20:20, 25:2, 26:24, 30:8
impact [1] - 27:21
impacted [2] - 27:16, 27:20
important [3] - 4:24, 5:22, 19:15
impose [12] - 12:6, 12:12, 16:22, 16:24, 19:21, 25:21, 25:25, 26:15, 27:25, 28:1, 28:24, 31:3
imposed [9] - 8:23, 13:6, 13:12, 17:17, 17:22, 20:22, 20:25, 30:10, 30:13
imposing [2] - 28:13
impressed [1] - 31:7
IN [1] - 32:10
incident [1] - 23:2
included [1] - 11:5

including [1] - 19:16
income [1] - 6:7
incorporate [2] - 15:12, 16:6
Incorporated [6] - 2:9, 13:1, 17:12, 18:8, 20:9, 30:5
INCORPORATED [1] - 1:11
incredible [1] - 27:10
incredibly [1] - 27:11
indicates [1] - 11:17
indictment [3] - 25:9, 26:2, 27:1
individual [2] - 8:7, 15:17
individually [1] - 15:21
Industries [1] - 22:17
Information [1] - 10:11
information [1] - 5:1
initiated [1] - 10:6
insofar [1] - 15:17
insure [1] - 26:12
intellectual [1] - 27:12
intent [1] - 5:25
interaction [1] - 10:21
interest [1] - 32:8
inures [4] - 7:21, 8:9, 25:6, 25:11
investigation [2] - 8:16, 23:9
involved [2] - 16:17, 26:7
issue [1] - 8:11
items [1] - 5:21

**J**

January [1] - 1:15
JANUARY [1] - 3:1
Jehangiri [1] - 1:23, 3:11, 6:12, 9:15, 15:7, 15:9, 17:19, 24:23
JEHANGIRI [18] - 3:10, 4:18, 6:13, 9:18, 10:10, 14:10, 14:19, 15:11, 17:20, 18:16, 19:1, 19:10, 20:23, 21:22, 22:9, 24:24, 30:11, 31:12
Jeremy [2] - 1:23, 3:11
Jill [3] - 32:3, 32:12, 32:13
Jill_Connelly@sdd.

**uscourts.gov** [1] - 32:16
  **job** [1] - 24:1
  **Johnson's** [3] - 9:20, 10:13, 10:20
  **join** [1] - 19:6
  **joint** [4] - 12:24, 17:10, 20:15, 30:2
  **Judge** [2] - 1:21, 14:10
  **judgment** [9] - 6:9, 9:6, 9:10, 12:17, 13:12, 17:3, 20:8, 26:17, 29:3
  **June** [1] - 22:19

## K

  **Kaplan** [2] - 2:3, 3:20
  **Karen** [1] - 1:20
  **Kim** [4] - 8:4, 15:16, 16:2, 25:11
  **kind** [1] - 8:12
  **knows** [1] - 9:5

## L

  **Lardner** [1] - 2:7
  **large** [1] - 8:17
  **LASERLITH** [1] - 1:10
  **Laserlith** [19] - 2:12, 3:6, 3:18, 3:23, 8:18, 12:25, 13:22, 15:1, 15:2, 15:4, 15:14, 16:2, 16:7, 16:9, 16:20, 17:4, 19:7, 20:16, 30:3
  **Laserlith's** [1] - 8:6
  **last** [2] - 3:25, 6:4
  **late** [1] - 6:7
  **laughing** [1] - 25:7
  **Le** [1] - 22:18
  **leading** [1] - 6:16
  **learned** [1] - 23:7
  **least** [1] - 10:15
  **leave** [2] - 8:11, 25:24
  **legal** [2] - 26:6, 26:10
  **legislative** [1] - 9:16
  **legitimate** [1] - 27:6
  **lesson** [1] - 23:7
  **letter** [1] - 22:17
  **letterhead** [1] - 7:9
  **letters** [2] - 22:15, 22:16
  **letting** [1] - 14:2
  **level** [5] - 4:8, 14:12,

**life** [5] - 5:3, 23:1, 23:13, 24:11, 24:17
**light** [2] - 12:7, 28:13
**likewise** [1] - 8:6
**live** [2] - 24:14, 24:16
**lived** [1] - 23:1
**LLP** [3] - 2:3, 2:7, 2:11
**local** [2] - 2:5, 29:7
**loss** [2] - 9:8, 9:9
**lost** [2] - 24:8, 27:14, 27:18
**low** [1] - 29:11
**Luskey** [1] - 2:14
**LUSKY** [12] - 3:15, 4:4, 4:6, 4:15, 4:21, 10:19, 11:1, 12:14, 13:7, 13:19, 13:21, 31:15
**Lusky** [7] - 3:16, 4:2, 4:19, 10:17, 12:12, 13:5, 15:7

## M

**mail** [1] - 32:16
**main** [1] - 12:4
**Maisy** [1] - 22:18
**man** [1] - 27:11
**mandatory** [2] - 9:1, 29:10
**manner** [3] - 7:11, 25:3, 27:15
**matter** [1] - 16:5, 18:7, 24:24, 25:8, 25:19
**matters** [1] - 3:5
**meant** [1] - 13:9
**measures** [1] - 25:24
**medical** [1] - 24:14
**mental** [1] - 24:2
**mention** [2] - 5:8, 16:16
**mentioned** [2] - 9:15, 15:6
**Merit** [1] - 32:4
**Microassembly** [2] - 7:7, 8:18
**microchips** [1] - 19:16
**microelectromecha
nical** [1] - 19:16
**Mill** [1] - 2:11
**million** [6] - 4:11, 11:8, 14:14, 18:21, 27:24, 31:8
**Mines** [1] - 5:14
**mistake** [4] - 13:13,

23:20, 23:21, 30:20
**mistakes** [1] - 5:19
**modules** [1] - 19:17
**moment** [1] - 23:5
**money** [3] - 6:2, 6:21, 7:11
**month** [1] - 28:17
**months** [4] - 22:2, 24:1, 28:4, 29:20
**morning** [5] - 3:10, 3:12, 3:15, 3:17, 3:19
**move** [1] - 27:22
**MR** [60] - 3:10, 3:12, 3:15, 3:17, 3:19, 4:4, 4:6, 4:15, 4:18, 4:21, 6:13, 9:18, 10:10, 10:19, 11:1, 12:14, 13:7, 13:8, 13:19, 13:21, 13:24, 14:5, 14:7, 14:10, 14:19, 14:20, 14:21, 14:23, 15:11, 17:18, 17:20, 17:23, 18:6, 18:11, 18:13, 18:16, 19:1, 19:2, 19:5, 19:10, 20:1, 20:5, 20:23, 20:24, 21:11, 21:19, 21:22, 22:9, 22:10, 22:13, 22:22, 22:25, 24:24, 30:11, 30:12, 31:12, 31:13, 31:14, 31:15, 31:16
**must** [9] - 13:2, 17:13, 20:18, 29:6, 29:8, 29:14, 29:17, 29:21, 30:6

## N

**name** [1] - 14:1
**NANOSYSTEMS** [1] - 1:10
**Nanosystems** [14] - 2:16, 3:6, 3:16, 3:23, 4:1, 8:4, 8:17, 9:7, 11:25, 12:17, 15:13, 17:11, 20:17, 30:4
**Nanosystems'** [2] - 7:22, 9:3
**NASA** [1] - 9:12
**National** [9] - 9:11, 12:19, 12:20, 17:5, 17:6, 20:10, 20:11, 29:21, 29:23
**need** [5] - 18:1, 21:8, 28:22, 29:12, 30:22
**needs** [1] - 29:19
**neglected** [1] - 15:19
**negotiations** [2] -

15:21, 16:4
**never** [4] - 5:25, 23:22, 24:19, 24:21
**next** [1] - 18:7
**night** [1] - 24:18
**nightmares** [1] - 24:18
**Noah** [3] - 2:10, 3:18, 13:24
**none** [1] - 8:24
**normally** [1] - 12:11
**North** [5] - 2:4, 15:3, 15:4, 16:15, 19:18
**Notary** [1] - 32:4
**note** [4] - 3:8, 4:25, 11:24, 22:15
**nothing** [2] - 19:9, 19:10
**notice** [4] - 13:14, 18:1, 21:8, 30:22
**November** [1] - 16:13
**numbers** [2] - 16:7, 26:13

## O

**objections** [14] - 4:5, 4:6, 4:17, 14:6, 14:7, 14:9, 14:10, 17:1, 18:12, 18:13, 18:15, 21:17, 21:21, 29:1
**obtain** [2] - 6:21, 7:3
**obtained** [3] - 7:11, 9:19, 10:15
**obviously** [1] - 23:6
**OF** [7] - 1:2, 1:6, 1:17, 1:18, 1:19, 32:1
**offense** [5] - 4:8, 5:1, 14:12, 18:17, 21:24
**office** [7] - 9:20, 9:21, 10:13, 10:14, 10:20, 10:22, 28:21
**Office** [5] - 1:24, 13:15, 18:2, 29:19, 30:23
**Official** [1] - 32:3
**often** [1] - 26:22
**old** [2] - 24:10, 28:7
**one** [15] - 4:10, 4:22, 4:25, 7:6, 7:8, 7:20, 10:15, 12:13, 14:13, 18:20, 22:3, 22:4, 24:8, 25:15
**open** [1] - 3:2
**operated** [1] - 25:17
**operating** [1] - 8:21
**opportunity** [2] - 16:25, 28:25

**option** [1] - 18:20
**ORDER** [1] - 1:18
**ordered** [7] - 12:18, 13:2, 17:4, 17:13, 20:9, 20:18, 30:6
**organized** [1] - 19:18
**oriented** [1] - 7:13
**Orrick** [1] - 2:14
**out-of-the-country** [1] - 28:21
**outcome** [1] - 32:8
**outside** [1] - 28:19
**owed** [2] - 19:20, 19:23

## P

**Page** [1] - 2:11
**Pages** [1] - 32:6
**paid** [18] - 6:6, 7:20, 8:8, 9:3, 9:4, 12:24, 15:4, 16:10, 16:21, 17:10, 19:19, 20:15, 25:8, 26:16, 27:24, 28:2, 30:2, 31:9
**painfully** [1] - 10:10
**Palo** [1] - 2:12
**Paragraph** [1] - 5:9
**part** [3] - 4:25, 8:17, 11:19
**particularly** [1] - 26:21
**parties** [5] - 7:17, 11:7, 11:22, 31:8, 32:7
**past** [2] - 11:14, 27:15
**pawns** [1] - 26:8
**pay** [10] - 11:11, 12:18, 13:2, 17:5, 17:13, 20:9, 20:18, 29:21, 30:6, 31:8
**peak** [1] - 12:1
**people** [2] - 5:7, 27:3
**period** [6] - 4:10, 5:2, 5:12, 10:22, 14:13, 28:17
**permanent** [1] - 24:14
**permission** [1] - 28:18
**personally** [2] - 24:2, 27:20
**Phillips** [2] - 2:4, 32:15
**Phone** [1] - 32:16
**physical** [1] - 24:4
**piece** [1] - 26:5
**place** [5] - 5:20, 6:23,

10:12, 25:9, 26:9
**placed** [1] - 29:5
**Plaintiff** [2] - 1:7, 1:25
**plate** [1] - 25:13
**plea** [13] - 7:18, 7:21, 13:15, 16:3, 16:11, 18:4, 19:20, 19:24, 21:2, 25:20, 25:22, 27:2, 30:15
**PLEA** [1] - 1:19
**pled** [3] - 16:2, 25:7, 25:19
**PO** [1] - 1:24
**point** [3] - 4:22, 6:10, 16:18
**policy** [1] - 10:24
**portion** [2] - 9:3, 9:9
**PORTIONS** [1] - 1:18
**pose** [1] - 29:11
**possess** [1] - 29:8
**pre** [3] - 25:9, 26:2, 27:1
**pre-indictment** [3] - 25:9, 26:2, 27:1
**predates** [1] - 9:24
**PRESENT** [1] - 2:19
**present** [1] - 3:3
**presentence** [3] - 11:6, 14:4, 18:10
**Presentence** [1] - 4:3
**president** [1] - 22:17
**pretrial** [2] - 8:5, 15:24
**previously** [1] - 15:12
**Probation** [1] - 29:19
**probation** [8] - 4:9, 18:19, 25:22, 28:11, 28:20, 29:5, 29:6
**probationary** [2] - 14:13, 22:4
**problems** [1] - 16:19
**procedural** [1] - 24:25
**procedures** [1] - 24:5
**proceedings** [1] - 31:18
**process** [8] - 6:20, 6:22, 6:23, 7:14, 8:2, 23:12
**product** [1] - 25:4
**projects** [1] - 7:9
**prolonged** [1] - 26:6
**properly** [1] - 11:15
**proposals** [1] - 7:4
**provision** [1] - 18:4
**PSR** [3] - 5:8, 5:17,

5:21
**Public** [1] - 32:4
**PUBLIC** [1] - 1:17
**punitive** [1] - 25:24
**purpose** [1] - 11:18
**purposes** [1] - 9:8
**pURSUANT** [1] - 1:18
**pursue** [1] - 21:8
**pushing** [1] - 9:17
**put** [4] - 4:9, 23:12, 28:9, 28:11

**Q**

**query** [1] - 8:12
**quit** [1] - 10:24

**R**

**R&D** [2] - 5:11, 6:8
**Randall** [1] - 2:14
**Randy** [1] - 3:16
**range** [12] - 4:10, 13:17, 14:14, 18:19, 18:20, 21:4, 22:1, 22:5, 25:25, 28:4, 30:17, 30:18
**rarity** [1] - 26:2
**reaction** [1] - 27:19
**read** [1] - 22:15
**real** [5] - 5:10, 5:11, 10:7, 15:2
**really** [11] - 5:1, 5:25, 11:18, 15:8, 16:17, 19:15, 27:5, 27:6, 28:8, 28:9, 31:7
**realm** [1] - 6:17
**Realtime** [1] - 32:4
**reason** [8] - 12:4, 13:5, 17:16, 19:21, 20:22, 28:9, 30:10, 31:3
**reasons** [1] - 15:6
**rebuilding** [1] - 27:22
**receive** [3] - 9:11, 9:12, 9:13
**received** [1] - 27:15
**recommend** [1] - 25:21
**recommendations** [1] - 16:7
**record** [3] - 3:9, 9:8, 13:9
**recover** [1] - 24:5
**redundant** [1] - 5:20
**reflect** [2] - 9:11,

26:16
**reflects** [1] - 9:7
**regard** [5] - 6:14, 9:6, 11:24, 15:24, 26:13
**regardless** [1] - 7:5
**Registered** [1] - 32:4
**reiterate** [1] - 7:24
**relative** [2] - 32:7, 32:8
**release** [1] - 22:3
**repaying** [1] - 19:23
**Report** [1] - 4:3
**report** [7] - 4:7, 11:6, 11:25, 14:4, 18:10, 21:16, 21:23
**REPORTER** [1] - 32:1
**Reporter** [4] - 32:4, 32:4, 32:14
**representations** [1] - 7:1
**representative** [6] - 8:3, 8:6, 15:15, 15:16, 16:1, 20:3
**requested** [5] - 4:12, 14:15, 18:22, 22:6, 28:18
**required** [1] - 24:15
**requirement** [1] - 28:12
**research** [1] - 27:16
**resolve** [2] - 25:2, 27:8
**resources** [1] - 26:11
**respect** [4] - 5:19, 6:4, 14:25, 15:13
**responsibility** [16] - 7:23, 8:2, 8:8, 15:17, 16:10, 16:21, 19:22, 23:10, 25:6, 25:11, 26:1, 26:4, 26:23, 27:8, 27:24, 31:10
**rest** [1] - 24:17
**restitution** [31] - 4:12, 6:6, 7:20, 8:8, 9:2, 9:4, 9:9, 11:7, 11:8, 11:11, 12:18, 12:24, 14:15, 15:4, 16:11, 16:21, 17:5, 17:10, 18:22, 19:19, 20:9, 20:15, 22:6, 23:11, 25:8, 26:14, 27:25, 28:1, 29:21, 30:2, 31:9
**RESTRICTED** [1] - 1:19
**result** [1] - 27:1
**retreated** [1] - 5:17
**review** [4] - 4:2, 14:3, 18:10, 30:21

**reviewed** [1] - 22:20
**risk** [1] - 29:11
**RMR** [1] - 32:13
**Road** [1] - 2:11
**Robins** [2] - 2:3, 3:20
**robust** [1] - 10:1
**role** [1] - 25:14
**room** [1] - 7:8

**S**

**salaries** [1] - 6:9
**San** [2] - 2:8, 2:15
**sat** [1] - 7:8
**saved** [2] - 26:6, 26:11
**SBIR** [2] - 6:22, 7:14
**scam** [1] - 6:1
**scheduled** [1] - 3:4
**scheme** [1] - 6:1
**School** [1] - 5:13
**Schreier** [1] - 1:20
**Science** [5] - 9:11, 12:19, 17:5, 20:10, 29:22
**science** [2] - 10:7, 11:19
**scientific** [3] - 5:11, 16:18, 19:15
**SD** [5] - 1:15, 1:21, 1:25, 2:4, 32:15
**seated** [4] - 13:20, 17:22, 21:1, 30:14
**see** [5] - 11:10, 19:20, 26:22, 27:2, 28:9
**seldom** [1] - 11:10
**Senator** [3] - 9:20, 10:13, 10:20
**sentence** [9] - 12:12, 13:6, 16:24, 17:17, 17:21, 20:22, 28:24, 30:10, 31:4
**sentenced** [4] - 13:17, 21:3, 30:16, 30:17
**sentencing** [8] - 3:5, 3:25, 11:12, 16:17, 19:20, 21:13, 22:1, 26:12
**SENTENCING** [2] - 1:17, 1:19
**sentencings** [1] - 3:23
**September** [1] - 5:15
**serious** [3] - 25:19, 31:5, 31:6
**seriously** [1] - 16:5
**serve** [1] - 8:19

**served** [1] - 28:5
**service** [3] - 28:15, 28:16, 29:18
**set** [3] - 5:5, 11:18, 32:10
**several** [4] - 12:25, 17:11, 20:16, 30:3
**sham** [1] - 12:10
**share** [1] - 16:10
**Sherman** [1] - 22:18
**shifted** [1] - 6:25
**show** [1] - 16:4
**showing** [1] - 10:21
**shows** [1] - 11:12
**shut** [2] - 6:7, 8:16
**side** [2] - 15:22, 31:11
**sides** [1] - 7:18
**signed** [3] - 15:17, 15:20, 16:3
**significant** [1] - 27:21
**signing** [1] - 15:23
**similar** [2] - 7:8, 7:9
**Sine** [3] - 15:16, 16:1, 25:12
**Sioux** [5] - 1:15, 1:21, 1:25, 2:4, 32:15
**six** [4] - 24:10, 24:15, 28:17, 29:20
**six-month** [1] - 28:17
**six-year-old** [1] - 24:10
**Sky** [12] - 2:9, 3:7, 3:13, 3:24, 8:18, 12:25, 17:12, 18:8, 19:4, 19:12, 20:8, 30:4
**SKY** [1] - 1:11
**small** [1] - 5:7
**solar** [1] - 19:17
**someone** [2] - 9:16, 26:23
**somewhat** [2] - 5:23, 8:12
**sorry** [5] - 23:6, 23:20, 24:10, 24:21, 27:18
**sort** [1] - 25:16
**SOUTH** [2] - 1:2, 32:1
**South** [11] - 5:8, 5:13, 5:14, 5:19, 6:25, 9:20, 9:23, 10:3, 12:2, 25:17
**SOUTHERN** [2] - 1:3, 32:2
**Space** [4] - 12:20, 17:7, 20:11, 29:23
**special** [9] - 4:13,

13:3, 14:16, 17:14,
18:23, 20:19, 22:7,
29:16, 30:7
**spent** [1] - 6:8
**SS** [1] - 32:1
**stand** [6] - 12:11,
12:13, 16:23, 19:25,
20:2, 28:23
**standard** [1] - 29:14
**STANDING** [1] - 1:18
**start** [1] - 27:22
**started** [6] - 6:23,
6:24, 10:4, 16:19,
24:8, 24:25
**state** [5] - 16:24,
16:25, 28:24, 28:25,
29:7
**statement** [4] -
15:18, 15:20, 15:24,
16:3
**statements** [1] -
10:12
**States** [10] - 3:5,
3:11, 13:3, 17:14,
20:19, 28:19, 29:18,
30:7, 32:3, 32:14
**STATES** [3] - 1:1,
1:6, 32:1
**statutory** [4] - 12:16,
17:2, 20:7, 29:2
**stealing** [1] - 6:2
**Stephen** [1] - 22:18
**stepping** [1] - 25:13
**steps** [1] - 26:3
**Stern** [8] - 2:10, 3:18,
13:24, 14:3, 14:21,
16:23, 17:16, 17:24
**STERN** [10] - 3:17,
13:24, 14:5, 14:7,
14:20, 14:23, 17:18,
17:23, 18:6, 31:14
**still** [4] - 8:19, 12:9,
24:11, 24:18
**story** [2] - 4:25, 8:20
**Street** [2] - 2:7, 2:15
**stress** [2] - 24:12,
24:13
**strongly** [1] - 7:21
**STTR** [1] - 6:22
**submitted** [4] - 6:11,
7:2, 7:15, 22:16
**substance** [2] - 29:9,
29:11
**substations** [1] -
19:17
**suddenly** [1] - 23:24
**suicide** [1] - 24:9
**Suite** [2] - 2:4, 2:7
**supervised** [1] - 22:3
**surgery** [1] - 24:15

**surgical** [1] - 24:4
**suspended** [1] -
29:10
**Sutcliffe** [1] - 2:14
**systems** [1] - 19:16

## T

**table** [1] - 8:1
**tang** [1] - 25:13
**Tang** [22] - 2:8, 2:19,
3:3, 3:7, 3:14, 3:25,
13:1, 13:9, 13:10,
17:12, 20:2, 20:17,
21:14, 22:18, 23:1,
23:15, 23:17, 26:1,
26:21, 29:4, 30:15,
31:4
**TANG** [2] - 1:9, 23:19
**Tang's** [2] - 25:5,
26:12
**ten** [1] - 28:4
**tentacles** [1] - 25:16
**term** [3] - 22:4,
25:21, 29:5
**terms** [1] - 25:22
**TESTIMONY** [1] -
32:10
**testing** [1] - 29:10
**THE** [47] - 3:4, 3:22,
4:5, 4:7, 4:16, 4:19,
6:12, 9:15, 10:8,
10:17, 10:23, 11:4,
12:15, 13:11, 13:20,
13:22, 13:25, 14:6,
14:8, 14:11, 15:9,
16:9, 17:19, 17:21,
17:24, 18:7, 18:12,
18:14, 18:17, 19:3,
19:12, 20:4, 20:6,
20:25, 21:13, 21:20,
21:23, 22:11, 22:14,
22:23, 23:17, 24:23,
26:20, 30:13, 30:25,
31:2, 31:17
**they've** [1] - 16:5
**Thomas** [2] - 2:6,
3:13
**three** [2] - 22:3,
26:17
**throughout** [3] -
6:25, 7:4, 25:17
**Tim** [1] - 3:20
**Timothy** [1] - 2:3
**Tin** [1] - 22:18
**TO** [1] - 1:18
**today** [8] - 16:17,
18:2, 21:9, 25:4,
25:18, 26:12, 29:20,

30:23
**together** [1] - 23:13
**took** [6] - 15:16,
23:10, 24:4, 24:11,
25:9, 26:9
**total** [9] - 4:8, 12:10,
12:23, 14:11, 17:9,
18:17, 20:14, 21:23,
29:25
**transcript** [2] - 32:5,
32:5
**TRANSCRIPT** [1] -
1:17
**TRANSCRIPTS** [1] -
1:19
**transparent** [1] - 8:1
**transparent-type** [1]
- 8:1
**traumatic** [1] - 23:4
**travel** [2] - 28:18,
28:22
**tries** [1] - 26:24
**Trojan** [2] - 22:16,
22:17
**trouble** [1] - 23:2
**true** [2] - 6:1, 32:5
**truly** [1] - 23:20
**trying** [4] - 8:19,
23:12, 27:12, 27:16
**two** [3] - 24:5, 24:10,
29:5
**type** [1] - 8:1

## U

**U.S** [3] - 1:14, 1:21,
1:24
**Udell** [1] - 22:19
**umbrella** [1] - 7:6
**umbrellas** [1] - 25:16
**under** [6] - 4:7, 4:24,
7:6, 13:15, 21:23,
28:3
**unfortunate** [2] -
24:6, 27:13
**unfortunately** [1] -
11:21
**UNITED** [3] - 1:1,
1:6, 32:1
**United** [10] - 3:5,
3:11, 13:3, 17:14,
20:19, 28:19, 29:18,
30:7, 32:3, 32:14
**unlawfully** [1] - 29:8
**unless** [2] - 21:3,
30:16
**unlike** [1] - 5:23
**up** [10] - 5:16, 6:16,
6:19, 6:20, 10:4,

11:18, 13:16, 23:11,
25:13, 30:15
**upwards** [1] - 5:7

## V

**valid** [2] - 11:18,
16:13
**valuable** [1] - 16:18
**verify** [1] - 12:1
**vested** [4] - 12:16,
17:3, 20:7, 29:3
**viable** [1] - 16:14
**victim** [1] - 26:17
**victim's** [1] - 9:8
**vs** [2] - 1:8, 3:6

## W

**waiver** [1] - 21:2
**Wallace** [9] - 2:8,
2:19, 3:2, 3:7, 3:14,
13:10, 17:12, 20:17,
29:4
**WALLACE** [1] - 1:9
**warranted** [2] - 6:5,
15:8
**weird** [1] - 8:12
**WHEREOF** [1] -
32:10
**whole** [1] - 8:20
**wife** [1] - 24:14
**William** [2] - 13:1,
13:9
**wire** [1] - 15:20
**witnesses** [1] - 26:8
**world** [1] - 27:13
**write** [1] - 19:13
**written** [1] - 14:1

## Y

**year** [2] - 5:12, 24:10
**years** [10] - 4:10, 5:6,
14:13, 18:20, 22:3,
22:4, 23:24, 24:5,
28:7, 29:5

## Z

**Zone** [2] - 22:3, 28:3