Request Terminating Probation/Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### District of South Dakota
### Southern Division

| | |
|---|---|
| United States of America,<br><br>                              Plaintiff<br><br>vs.<br><br>Wallace Tang,<br><br>                              Defendant | **REQUEST FOR TERMINATION OF PROBATION**<br><br>CR #: 4:18CR40100-1 |

On 01/14/2019, the above-named commenced probation for a period of 2 years. Mr. Tang is no longer in need of supervision in this case. It is accordingly recommended that he be discharged from probation.

Respectfully submitted,

Eric Theisen                          2/28/2020
U.S. Probation Officer
U.S. Probation & Pretrial Services Office
314 S. Main Ave., Suite 100
Sioux Falls, SD 57104
(605)838-9334