# UNITED STATES DISTRICT COURT
## District of South Dakota
## Southern Division

United States of America,

                Plaintiff

    vs.

Wallace Tang,

                Defendant

**ORDER FOR TERMINATION OF PROBATION**

CR #: 4:18CR40100-1

Pursuant to the Request for Termination of Probation, it is hereby

**ORDERED** that defendant is discharged from probation, and the proceedings in this case are terminated.

Dated this _____ day of _____, 2020.

BY THE COURT:

_____
Karen E. Schreier
U.S. District Judge